IN THE US DISTRICT COURT

PAGE (1)
2:07CV473-ID

RECEIVED
2007 MAY 29 A 8 53
DEBRA P. HACKETT
CLK DIST COURT
MIDDLE DISTRICT ALA

JAMES A Stephens III & INMATES ANNEX Federal Cell Block CLASS ACTION SUIT

VS

City Of Montgomery
WARDEN WR Collins Jail Administrator
ME Brantley Asst Warden

Comes now the Plaintiff James A Stephens III, and prays to the Court to accept this Petition.

The Plaintiff James A Stephens is incarcerated in Montgomery City Jail, and has the following complaints due to over crowded conditions.

(1) At any given time 45-46 people have been housed in the Federal ANNEX Gym. "Their is no way to exercise. You are literally walking on top of people.

(2) Their is no access to a telephone except in the Federal Cells " Inmates should be allowed phone calls during the day.

PAGE(2)

(3) UN SANITARY CONDITIONS EXIST SIMPLY FROM TOO MANY PEOPLE IN THIS ONE GYM FLOOR. AIR BORN COUGHING LACK OF SHOWER STALLS, AND ONLY ONE TOILET.

(4) MANY INMATES HAVE NOT BEEN OUT OF THIS CELL FOR 40-60 DAYS

(5) HYGIENE PRODUCTS ARE DISPOSED BY REQUEST FORM, AND CAN BE AS LONG AS WEEKS BEFORE THEY ARE ROCIEVED.

(6) THEIR IS NO LAW LIBRARY AT ALL TO FIGHT CASES PENDING, NO REFERENCE AT ALL TO LAW.

(7) EXTREME FIRE HAZARD, THEIR IS NO WAY TO EXIT THIS ROOM SAFELY FAST.

8 IN ADDITION TO ALL THIS MY MEDICAL CONDITION IS MUCH WORSE DUE TO SLEEPING ON BARE FLOORS I AM 100% DISABLED, THESE CONDITIONS ARE VERY PAINFULL TO MY BODY

The PETITIONER JAMES A Stephens Has PREPARED This Petition In Its Entirety In Pro Se Style This DAY MAY 20th In The Year 2007 And Signed By The PETITIONER JAMES A Stephens II.

| Name | Days |
|---|---|
| Eric O'Donnell | 22 days in |
| Ivery J Caldwell | 2 days |
| ~~R. ~~ | 30 days |
| Charles B Coles | 15 day |
| Wyl~~ ~~ | 47 days |
| E Chappell | 43-day |
| Marcus Tiller | 31 days |
| Q. Thompson | |
| ~~ ~~ | 4 day |
| Marvin N. Hawkins | 25 days |
| Raphael Brown | |
| Joel Ayres | 10 days |
| Tony F~~ ~~ | 250 days |
| Kawatise Calhoun | 52 Days |
| Charly W. Smith | 41 |
| Ondale L. Graves | |
| Mr Eric D. Blo #2379 | 159 days |
| Jeff Forry | 12 days |
| ~~Derrick~~ | 2 days |
| Steven Danielly | 50 Days |
| Kenneth Fiell | 19 |

Fred Johnson 53 days
Kenyan Lane
Wiley
Micah Davis
Robert L Witherspoon  (870) 489-5543  100 south 3ed street McGehee Ark 71654
Derick Franklin  771 - 100 DAYS

2642 E. Coton Rd
Eclectic, AL 36024

U.S District Court
Middle District of Alabama
office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711


