City Inmates
Fed Cell Block
(C)

JAMES A Stephens III
VS
MONT City JAIL            2:07CV473-ID
WARDEN COLLINS   ADM - WARDEN

MOTION FOR DISCOVERY

Comes Now the petitioner JAMES A Stephens III AND pray's to the court to Accept this motion for Discovery.

(1) The Petitioner requests All Inmate Records pertaining to Total Inmates In the Mont City Jail for A (1) year total. Total tallies for (12) months so that the petitioner can figure total SQ footage per inmate for the Last (12) months

(2) Phone Records for these inmates so that a total can be calculated on percentage of phone calls allowed per inmate

Especially Intake phone calls and phone calls made after arrest and time of these phone calls.

The petitioners also request any other information such as home addresses and/or contacts list on intake of these prisoners for (1) year from this date or a (12) month period from the date of this filing.

Prepared pro se by the petitioner James A Stephens this day May 22nd in the year 2007, and signed by the petitioner James A Stephens

*James A Stephens* (signature)

James A Stephens II
1446 East Cotton Rd
Eclectic Ala
36024

United States District
Court
Middle District
of Ala
PO Box 711
Montgomery Ala 36101-0711