Inmates Fed Cell Block C

James A Stephens III
VS
Mont City Jail
Warden Collins

RECEIVED
2007 MAY 29 A 9:55
2:07CV473-ID
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Administrator Warden

## MOTION TO APPOINT ATTORNEY

Comes now the Petitioner James A Stephens III in a Pro Se motion to the Court and humbly ask that Glenda M Hughes Attorney be appointed to represent the petitioners.

Glenda M Hughes is my disability attorney and is handling my disability appeal case. Mrs Hughes is also my family's retained attorney and has handled numerous case's for my family. I trust Mrs Hughes entirely.

Due to the nature of this case, I feel she would be the best person to represent the inmates of Fed-Cell (C) as well as myself. She is very aware of my medical conditions as well as my mental capabilities. I also want to be Co-Council in this law suit. She has agreed to my proposal.

I hope the Honorable Court will accept Mrs Glenn M Hughes as our Council In this matter. PH 334-541-3795 — or Cell 303-1942 Eclectic Ala — Elmore Count

Prepared by the Petitioner James A Stephens III This Day May 22nd In the Year 2007 And Signed By the Petitioner James A Stephens III

*James A Stephens III*