James A Stephens III
vs
Mont City Jail
Warden Collins Adm Warden

2:07CV473-ID

## Motion For A Speedy Hearing

Comes now the petitioner and pray's to the Honorable Court to please set a hearing date at the courts earliest convience.

The conditions at the Mont City Jail cell Block (C) In my opinion border on cruel and un usual punishment.

Some Inmates are having problems recieving medicines, they are not allowed to make essential phone calls to recieve these medicines (12)pm at night is just too late. to make phone calls

Sleeping on floors less than (1) foot apart. Air born coughing, people are literally stepping over each other. There is only (1) urinal no shower stall. The guard's don't care. The only thing that I saw them doo is feed these prisoner's and with that they have no compasion at all for these inmate's needs.

It is bad all the way around my belief is as follows.) Murder's rapist robber's In General, people who hunt people should be behind bar's for ever. But people with (Traffic) Tickets and misdimenors are not hard criminals they deserve to be treated as human being's not like animals." Dog's at a kennel,

BASIC NEED'S ARE A PRIORITY EVEN IF YOU HAVE BROKEN THE LAW.

Mont City IS ALSO BREAKING THE LAW AND NO ONE HAS SAID ANY THING ABOUT IT UNTIL NOW. THIS IS A FIRE HAZARD

TOO MANY PEOPLE IN THIS JAIL, I HAD TO URINATE ON/FOR SOME ONE WHO WAS ASLEEP BENEATH THE URINAL. HE HAD NO WHERE ELSE TO LAY HIS HEAD. "This Is UN SANITARY," AND AGAINST GOD'S WILL.

I HOPE YOU HONORABLE JUDGE WILL FIND IT IN YOUR HEART TO HELP THESE PEOPLE

PREPARED BY THE PETITIONER JAMES A Stephens III THIS DAY MAY 22ND IN THE YEAR 2007 AND SIGNED BY THE PETITIONER