City Inmates Fed Cell Block (C)

James A Stephens III
VS
Mont City Jail
Warden Collins ADM-Warden

RECEIVED
2:07CV473-ID
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## MOTION FOR RECORDED DEPOSITION OF INMATES MONT CITY JAIL

Comes now, the petitioner James A Stephens III, and pray's to the Honorable court to allow Recorded Deposition by tape recorder, Because the petitioner has no type of income and Deposition's are essential to the defendant's case, A court Reporter is very costly and as stated the petitioner has no assets or money.

Recorded Deposition would be the only effective way to assertain conditions in the Mont city Jail.

These Recorded Depositions would also Encompas The Federal Prisoner's, Because Their Exercise Gym Is Being Housed To Hold City Inmates.

The Purpose of Those Depositions Would Be To Prove Longevity of The Housing of Most City Inmates In Their Federal Gym.

Prepared By The Petitioner James A Stephens, And Signed By James A Stephens III This Day May 22nd In The Year 2007.

*[signature: James]*

Glenda W Hughes
Attorney Councelor
2305 / Mt Hebron RD
Eclectic Ala
36024

334-541-3795
Cell ph 334-303-1942