James A Stephens III
vs
Mont City Jail
Warden Collins  Adm Warden

2:07CV473-ID

## Motion To Disclose Information Regarding Federal Inspection Of Mont City Jail Federal Holding Cells

Comes now the petitioner James A Stephens III and pray's to the Honorable Court, to have the Bureau of Prisons disclose it's inspection reports for the Mont City Jail Federal Holding Cells.

What the petitioner requests are the reports based on exercise. These Federal prisoners are entitled to exercise and they are

Not getting these exercise periods because of these city inmates being housed to there. By what the petitioner wants is the total number of day's these prisoners did not get an exercise period.

Prepared by the Petitioner James A Stephens IV this day May 22nd In the year 2007 And Signed By The Petitioner James A Stephens IV