City Federal Inmate Cell (C)

James A Stephens
vs
Mont City Jail
Warden Collins ADM Warden

RECEIVED 2007 MAY 29 2:07CV473-ID DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT

## MOTION TO THE COURT TO DISCLOSE FIRE MARSHALL'S INSPECTION REPORTS.

Comes now the Petitioner James A Stephens 14 and Pray's to the Honorable Court to have the Mont Fire Dept. Fire Marshall Disclose his Reports of Total Inmate's Housed In The Montgomery City Jail For A (1) Year Time (2) Months Total Records and Reports Based on the Total Numbers Mont City Jail Supplied. Along with this any Reports or paper work concerning violation at this City Jail.

PREPARED BY THE PETITIONER JAMES A Stephens III THIS DAY MAY 22ND IN THE YEAR 2007 AND SIGNED BY THE PETITIONER JAMES A Stephens III

*/s/ James A. Stephens III*