# Class Action Suit

City Inmates
Red Cell
CC 1

James A Stephens III
VS
Montgomery City Jail

## Motion To Produce Court Docket Record's

Comes Now The Petitioner James A Stephens III, And Pray's To The Honorable Court To Supply The Court Room Dockets For A Period Of (1) Year (12) Months Total.

The Petitioner Need's These Record's To Cross Reference Inmate Totals VS Fire Marshal Reports As Well As City Jail Totals, With This I Need The Talley For The Amount Of Inmates Housed In The Holding Cell Pryor To Entering The Court Room There Has Been Way

TOO MANY INMATES IN THIS HOLDING AREA AS WELL. ALSO THESE INMATES HAVE BEEN LEFT FOR HOURS ON END IN THIS HOLDING AREA." ALSO A WAY TO HIDE TOTAL INMATES

THESE CROSS REFERENCES ARE ESSENTIAL IN PROVING TRUE NUMBERS OF INMATES HOUSED.

PREPARED IN INTIRITY BY THE PETITIONER JAMES A. STEPHENS III PRO-SE,. THIS DAY MAY 25th IN THE YEAR 2007 AND SIGNED BY THE PETITIONER JAMES A. STEPHENS III

*[signature]*

James A Stephens III
244 E Cotton Rd
Eclectic, AL 36024

MONTGOMERY AL 361
30 MAY 2007 PM 4 T

U S District Court, MD of AL
Fed Courthouse, PO Box 711
Montgomery, AL 36101.

