Federal Cell Block C City Inmates

James A Stephens III

VS

Mont City Jail
Warden Collins

## Motion To Produce Inmate Hand Book

Comes now the Petitioner James A Stephens III, In A Pro Se Petition To The Honorable Court, And Prays That The Court will Allow The Plaintiff To Receive The Montgomery City Inmate Hand Book.

Montgomery City Is Violating It's own Hand Book " NO ONE sleep's on The Bare Floor" It States This In This Hand Book.

The Plaintiff Needs This Hand Book To Research

Other Violators.

Prepared By James A Stephens III this day May 24th in the year 2007, and Signed By The Petitioner James A Stephens III