Fed Inmates
Cell   Cell Block
              C

James A Stephens III
        vs
Mont City Jail
Wander Collins  AOM - Wander

MOTION TO AMEND
Petition.

Comes Now the petitioner
James A Stephens III, A
Pro Se Petition to the
Honorable Court and
Pray's that the Court
will Accept this Amendment
to his petition.

The Plaintiff has
Suffered Extreme Depress
Due to his stay at Mont
City Jail. Mental and
Physical Anguish exists

The Petitioner is 100%
Disabled and has Numerous
Physical Deficiencies.

Sleeping on bare floors, and lack of essential medicines have taken a toll on the plaintiff's body. The petitioner has had to endure a great deal of physical pain due to his incarceration at Mont City Jail as well as not having needed medicines for his mental condition PTSD, and Bi Polar.

The plaintiff was not allowed a phone call to recieve these much needed medicines and as a result it has caused extreme difficulties in his every day life.

Thus the plaintiff James A Stephens III is asking for 250,000 In punitive damages because of his mental and physical condition has worsened due to his incarceration

At Mont City Jail,

I appposed By Thirety By The Petitioner James A Stphnett This Day May 24. In The year 2007.

