IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES A. STEPHENS, III | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-473-ID |
| CITY OF MONTGOMERY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court are Plaintiff's *Motion for Discovery* (Doc. No. 3), *Motion for Recorded Deposition of Inmates at the Montgomery City Jail* (Doc. No. 6), *Motion to Disclose Information Regarding Federal Inspection of Montgomery City Jail Federal Holding Cells* (Doc. No. 7), *Motion to Disclose Fire Marshal's Inspection Reports* ( Doc. No. 8), *Motion to Produce Court Docket Records* (Doc. No. 9), and *Motion to Produce Inmate Handbook*. (Doc. No. 10.)

The record reflects that Defendants are under order to file a special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint, as amended. Consequently, Plaintiff's discovery and disclosure requests shall be denied at this time. The motions may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that Plaintiff's requests for discovery and/or disclosure (Doc. Nos. 3, 6, 7, 8, 9, & 10) be and are hereby DENIED at this time.

Done, this 1st day of June 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE