IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES A. STEPHENS, III | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-473-ID |
| CITY OF MONTGOMERY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for a speedy hearing. Plaintiff's motion has been read, considered, and shall be denied.

Accordingly, it is

ORDERED that Plaintiff's Motion for Speedy Hearing (Doc. No. 5) be and is hereby DENIED.

Done, this 1st day of June 2007.

                                            /s/ Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE