IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES A. STEPHENS, III | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-473-ID |
| CITY OF MONTGOMERY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

On or before June 15, 2007 Plaintiff shall inform the court of the most recent dates in which he was incarcerated at the Montgomery City Jail. Specifically, Plaintiff shall advise the court of the most recent date on which he entered the Montgomery City Jail and the most recent date he was released therefrom.

Done, this 6th day of June 2007.

　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE