In The United States District Court
For The Middle District Of
Alabama Northern Division

James A Stephens III
Plaintiff
VS                                  Case # 2:07CV-473 ID
City of Montgomery, Et Al
Defendant

<u>Notice To The Court
Of The Last Dates
Of Incarceration</u>

Comes Now James A Stephens III and Notifies The Honorable Court Of His Last Dates Of Incarceration In The Montgomery City Jail. May 18th, 1972

Respectfully Submitted This Day June 28th In The Year 2007.

CERTIFICATE OF SERVICE

I Here By Certify That I Have Served A True And Exact Copy Of This Foregoing upon The City of Montgomery P.O. Box 1111, Montgomery Ala 36101 By Placing The Same In The US Mail postage pae Paid And Properly Addressed on This Day June 28th In The Year 2007

Information Obtained Directly From Warden Collins _

James A Stephens III
2648 East Cotton Rd
Eclectic Ala 36024

US District Court
Middle District of Ala
P.O. Box 711
Montgomery Ala 36101-0711