IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES A STEPHENS, III

    Plaintiff,

v.                                    CASE NO: 2:07-CV-473-ID

CITY OF MONTGOMERY, et al.,

    Defendant.

## NOTICE OF ADDRESS OF PLAINTIFF

**COMES NOW** James Arthur Stephens, III, Plaintiff in the above-styled case, and notifies this Honorable Court that he was released from the Montgomery City Jail upon payment of One Thousand Six Hundred Fifty and no/100 Dollars ($1,650.00) for five (5) unpaid fines to the City of Montgomery. Thus, when the Compliant was filed, the Plaintiff had been released from jail, and the Plaintiff's address is 2642 East Cotton Road, Eclectic, Alabama 36024.

    **RESPECTFULLY** submitted this _____ day of June 2007.

                                    James A. Stephens, III
                                    2642 E. Cotton Road
                                    Eclectic, Alabama 36024
                                    (334) 580-0058

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and exact copy of the foregoing upon The City of Montgomery, P. O. Box 1111, Montgomery, AL 36101 by placing the same in the U.S. Mail, postage prepaid and properly addressed, on this _____ day of June 2007.

                                    James A. Stephens, III