IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES A. STEPHENS, III,

      Plaintiff,

v.

CITY OF MONTGOMERY, et al.,

      Defendant.

Case No. 2:07cv473-ID

## RESPONSE AND WRITTEN REPORT OF DEFENDANTS, CITY OF MONTGOMERY, WARDEN W. COLLINS & ASSISTANT WARDEN M. E. BRANTLEY

**COME NOW** the Defendants, City of Montgomery ("City"), Warden W. Collins ("Collins") & Assistant Warden M. Brantley ("Brantley") through undersigned counsel, and in accordance with this Court's Order of June 1, 2007, file this Response and Written Report to Plaintiff's Complaint.

I.    **FACTS**

Plaintiff James Stephens ("Stephens") was incarcerated at the Montgomery Municipal Jail on May 18, 2007 and released May 19, 2007. Stephens was stopped at approximately 12:55 a.m. in the 3200 block of Mobile Highway on May 18, 2007. *(DX 1, Montgomery Municipal Court Certified Records).* Stephens was issued several traffic citations and also arrested for outstanding fines. *(DX 1, Montgomery Municipal Court Certified Records).* Stephens went before the Montgomery Municipal Court on May 19, 2007. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Stephens was booked in the Montgomery Municipal Jail on May 18, 2007 at 2:02 a.m. and went to Municipal Court later that same day. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

Stephens made two phone calls at approximately 2:09 a.m. *(DX 4, Affidavit of Floyd Wilson).* Stephens was housed in temporary quarters, a recreation area that is used as a holding area. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Stephens was given a mat to sleep on due to overcrowding within the jail. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

In Municipal Court on May 18, 2007, Stephens' fines were commuted to serve 62 days in jail or in the alternative pay his fines and be released. *(DX 1, Montgomery Municipal Court Certified Records; DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

On May 19, 2007, Stephens' fines were paid and he was released at 22:49. *(DX 2, Affidavit of Warden Willie Collins & & DX 3, Affidavit of M.E. Brantley).*

## II.    PROCEDURAL BACKGROUND

As previously stated Stephens was booked in the Montgomery Municipal Jail the morning of May 18, 2007 and released the evening of May 19, 2007. On May 29, 2007, Plaintiff James Stephens ("Stephens") filed a Petition with this Court and in the caption named as Defendants:  City of Montgomery, W.R. Collins, and M.E. Brantley. *(Doc. 1).*  Although Stephens makes various general complaints about overcrowding in the Montgomery Municipal Jail, Stephens made no claim for relief in his Petition. *(Doc. 1).*  It appears that other inmates also signed Stephens' Petition. *(Doc. 1).*

On May 29, 2007, Stephens also filed several motions: a Motion for Discovery *(Doc. 3),* Motion to Appoint Attorney Glenda Hughes *(Doc. 4),* Motion for Speedy Hearing *(Doc. 5),* Motion for Recorded Deposition of Inmates at Montgomery City Jail *(Doc. 6),* Motion to Disclose Information Regarding Federal Inspection of Montgomery City Jail Federal Holding

Cells *(Doc. 7)*, and a Motion to the Court to Disclose Fire Marshall's Inspection Reports *(Doc. 8)*.

It appears that on May 31, 2007, Stephens filed a Motion to Produce Court Docket Records *(Doc. 9)*, Motion to Produce Inmate Handbook *(Doc. 10)* as well as a Motion to Amend his Petition *(Doc. 11)*. In the Amended Petition, Stephens contends that he is 100% disabled and seeks $250,000.00 in punitive damages because his mental and physical conditions worsened while in the city jail. *(Doc. 11)*.

On June 1, 2007, this Court granted Stephens' Motion to Amend and ordered named Defendants to file a written report and answer to Plaintiff's complaint. *(Doc. 13)*.

## III.   DEFENDANT'S RESPONSE

### A. ALLEGATIONS REGARDING OVERCROWDING AND CONDITIONS OF CONFINEMENT

Stephens has filed a Petition and Amended Petition with allegations regarding overcrowding conditions during his short confinement at the Montgomery Municipal Jail. While Stephens might have been placed in temporary housing while in jail, there is nothing to support that Stephens' general complaints indicate that he was subject to unconstitutional conditions of confinement.     Additionally, the short term of Stephens' incarceration combined with the generalization of the allegations in his pleadings make his status as an inmate questionable, as to when the actions which form the basis of the complaint allegedly occurred.  However, the applicable standard of review of his conditions of confinement, whether governed by the Due Process Clause of the Fourteenth Amendment or the Cruel and Unusual Punishment Clause of the Eighth Amendment, is a distinction without difference.  For analytical purposes, there is no meaningful difference between the Fourteenth Amendment and the Eighth Amendment. *Belcher v. City of Foley*, 30 F.3d 1390, 1396 (11th Cir. 1994); *Hamm v. DeKalb County*, 774

F.2d 1567, 1574 (11th Cir. 1985); *Riley v. Dorton*, 115 F.3d 1159, 1166-67 (4th Cir.1997) (en banc). Even if Stephens were serving time in the Montgomery City Jail as a convicted prisoner, the standard of review for his claims are the same as the standard applied to him as a pretrial detainee. The standard for providing basic human needs to those incarcerated or in detention is the same under both the Eighth and Fourteenth Amendments. *See Hamm v. DeKalb County*, 774 F.2d 1567 (11th Cir. 1985); *Lancaster v. Monroe Cty.*, 116 F.3d 1419 (11th Cir.1997).

The general complaints in the Petition made by Stephens regarding overcrowding conditions at the Montgomery Municipal Jail:

- Overcrowded conditions in the federal annex gym; no way to exercise

- No telephone access except in the federal cells

- Unsanitary conditions due to too many people on gym floor; airborne coughing; lack of shower stalls and only one toilet

- Inmates not let out of their cells for long periods of time

- Personal hygiene products delayed in disbursement

- No law library

- No way to safely and quickly exit room in case of fire

- Inmates sleeping on bare floors

*(Doc. 1, pages 1 & 2).*

In the Amended Petition, Stephens specifically alleges that he was not allowed a phone call to receive his medications and that lack of essential medicine and sleeping on the floor has caused extreme difficulties in his everyday life and worsened his condition. *(Doc. 11, page 2).* Stephens demands punitive damages in the amount of $250,000. *(Doc. 11, page 2).*

Defendants specifically deny that Stephens was denied a phone call or otherwise subjected to unconditional conditions of confinement.

Stephens was arrested and booked into the Montgomery Municipal Jail on May 18, 2007 for outstanding fines. *(DX 1, Montgomery Municipal Court Certified Records; DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Inmates in temporary housing due to overflow are provided a mat to sleep on. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

Stephens went to Municipal Court later that day, May 18. His outstanding fines were commuted to serve 62 days if the fines were not paid. *(DX 1, Montgomery Municipal Court Certified Records; DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* However Stephens was released on May 19. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Therefore Defendants contend that Stephens' claims are moot.

Defendants submit that Stephens cannot succeed on his claim of unconstitutional conditions of confinement. There is nothing to support that Stephens was not provided with the basic human needs during his confinement. A prison official has a duty to provide humane conditions of confinement and must ensure that inmates receive adequate food, clothing, shelter, and medical care. *See Farmer v. Brennen,* 511 U.S. 825 (1994).

Stephens complains that there was no law library. The First Amendment grants prisoners a limited constitutional right of access to the courts. *Bounds v. Smith,* 430 U.S. 817, 821, 97 S.Ct. 1491, 1494, 52 L.Ed.2d 72 (1977). Stephens was not denied access to the courts. *(DX 1, Montgomery Municipal Court Certified Records; DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Stephens went to municipal court later the same day that he was arrested. *(DX 1, Montgomery Municipal Court Certified Records; DX 2, Affidavit of Warden*

*Willie Collins & DX 3, Affidavit of M.E. Brantley).* An inmate alleging lack of access to the courts must show actual injury, i.e., that the lack of access has hindered his efforts to pursue a legal claim. *Lewis v. Casey,* 518 U.S. 343, 116 S. Ct. 2174, 135 L.Ed. (1996). Stephens was in the Municipal Jail less than 48 hours.

There is nothing to indicate that Stephens made a request to Defendants to make a phone call to receive medication. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* The Montgomery Municipal Jail allows inmates to call for medications that are needed during their incarceration. *DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* However Stephens did make two phone calls on May 18th at 2:09 to numbers 241-7107 and 265-7034. *(DX 2, Affidavit of Warden Willie Collins & DX 4, Affidavit of F.W. Wilson).*

Montgomery Municipal Jail has telephones in the permanent housing area. *(DX 2, Affidavit of Warden Willie Collins & DX 4, Affidavit of F.W. Wilson).* Stephens was housed in temporary housing in the annex recreations area. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* When inmates are housed in the overflow area they are allowed to make calls when the inmates in the permanent housing areas are placed in lock-up status. *(DX 2, Affidavit of Warden Willie Collins & DX 4, Affidavit of F.W. Wilson).* The annex recreation area is used as the temporary holding area when crowding exists. *(DX 2, Affidavit of Warden Willie Collins & DX 4, Affidavit of F.W. Wilson).*

The housing of inmates in the temporary holding area or temporary quarters is an emergency procedure that is put into place when there is an overflow or crowding exists within the Montgomery Municipal Jail. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley)* The area has one toilet and is not equipped with showers. *(DX 2, Affidavit of*

*Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Inmates are processed to adjoining pods to make phone calls and receive showers. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

Hygiene packets are available in the Montgomery Municipal Jail. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Soap and tissue are issued every other night and towels are issued daily. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).* Inmates are allowed to shave on a regular basis. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

All emergency exits are within the required standards based on fire inspections and emergency plans for the Montgomery Municipal Jail. *(DX 2, Affidavit of Warden Willie Collins & DX 3, Affidavit of M.E. Brantley).*

The Eleventh Circuit has held that "in regard to providing pretrial detainees with such basic necessities as food, living space, and medical care, the minimum standard allowed by the due process clause is the same as that allowed by the Eighth Amendment for convicted persons." *Hamm v. DeKalb County*, 774 F.2d 1567 (11ᵗʰ Cir. 1985).

To demonstrate an Eighth Amendment violation by reference to conditions of confinement, a prisoner must satisfy both an objective and a subjective inquiry. *Farmer*, 511 U.S. at 834. The objective component requires an inmate to prove that he was denied the "minimal civilized measure of life's necessities." *Id.* The subjective component requires a prisoner to prove that the prison official acted with "deliberate indifference" in disregarding that risk. *Farmer*, 511 U.S. at 834, 837.

Stephens cannot show that he was denied the "minimal civilized measure of life's necessities" during his confinement at the Municipal Jail and his claims against Defendants are due to be dismissed in its entirety.

### B.    QUALIFIED IMMUNITY

Stephens has not identified any specific claims regarding action by Defendants Collins and Brantley nor any other correction officer in the Montgomery Municipal Jail. Collins and Brantley are merely named in the caption and identified as the Warden and Assistant Warden. An official-capacity suit is, "in all respects other than name, to be treated as a suit against the entity [of which the defendant is an agent]." *Kentucky v. Graham,* 473 U.S. 159, 166, 105 S.Ct. 3099, 3105 (1985).

Additionally, Collins and Brantley would be entitled to qualified immunity regarding claims against them in their individual capacities. Stephens has failed to argue any actions of the individual named Defendants that would preclude them from qualified immunity. Defendants Collins and Brantley are entitled to qualified immunity in the present case. Qualified immunity protects government officials acting within their discretionary authority from liability from civil trials and from liability "insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." *Harlow v. Fitzgerald,* 457 U.S. 800, 818, 102 S. Ct. 2727, 2738 (1982).

Qualified immunity is an affirmative defense to an action pursuant to section 1983 against a government official sued in his or her individual capacity. *See Wilson v. Strong,* 156 F.3d 1131, 1135 (11th Cir.1998). Under the doctrine of qualified immunity, "government officials performing discretionary functions generally are shielded from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional

rights of which a reasonable person should have known." *Harlow v. Fitzgerald,* 457 U.S. 800, 818, 102 S.Ct. 2727, 73 L.Ed.2d 396 (1982); *see also Rich v. Dollar,* 841 F.2d 1558, 1563 (11th Cir.1988). Qualified immunity protects "all but the plainly incompetent or those who knowingly violate the law." *Malley v. Briggs,* 475 U.S. 335, 341, 106 S.Ct. 1092, 89 L.Ed.2d 271 (1986).

In order to receive qualified immunity, a public official "must first prove that he was acting within the scope of his discretionary authority when the allegedly wrongful acts occurred." *Lee v. Ferraro,* 284 F. 3d 1188, 1194 (11th Cir. 2002).   It is undisputed that Defendants Collins and Brantley are named in the caption but there are no allegations against them in their individual capacity therefore Defendants have met the first requirement to be entitled to qualified immunity. Having established the first requirement, the burden shifts to the Plaintiff to prove that qualified immunity is not warranted. *Id.* First "the defendant government official must prove that 'he was acting within the scope of his discretionary authority when the allegedly wrongful acts occurred.'" *Sammons v. Taylor,* 967 F. 2d 1533, 1539 (11th Cir. 1992). "Then the burden shifts to the plaintiff to demonstrate that the defendant 'violated clearly established constitutional law.'" *Id.*

Once the qualified immunity defense is raised, the plaintiff bears the burden of showing that the federal "rights" allegedly violated were "clearly established." *Barts v. Joyner,* 865 F. 2d 1187, 1190 (11th Cir. 1989), citing *Mitchell v. Forsyth,* 472 U.S. 511, 528, 105 S. Ct. 2806, 2816, 86 L. Ed. 2d 411 (1985).   For the law to be clearly established to the point that qualified immunity does not apply, it must have earlier been developed in such a concrete and factually defined contest as to make it obvious to all reasonable government actors, in the defendant's place that "what he is doing" violated federal law. *Anderson v. Creighton,* 483 U.S. 635, 640, 107 S. Ct. 3034, 3039, 97 L. Ed. 523 (1987).

9

"For qualified immunity to be surrendered, pre-existing law must dictate, that is, truly compel... the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates Federal law in the circumstances." *Lassiter v. Alabama A & M University*, 28 F. 3d 1146, 1150 (11th Cir. 1994) (emphasis in original).

Also, the Eleventh Circuit has held, "When the qualified immunity defense has been raised, an opposing plaintiff must convince the court that the law clearly established that 'the defendant's conduct in the circumstances amounted to 'deliberate indifference.'" *Hill v. DeKalb Regional Youth Detention Center*, 40 F.3d 1176, 1185 (11th Cir. 1994) (quoting *Edwards v. Gilbert*, 867 F.2d 1271, 1275 (11th Cir. 1989)).

### C. 42 U.S.C.A. §1983 MUNICIPAL LIABILITY

For civil rights liability pursuant to 42 U.S.C. § 1983 to attach to a municipality, it must be shown that the municipal official or employee caused the deprivation of one's constitutional rights by acting pursuant to official governmental policy. Additionally, Stephens has not submitted evidence that any final policymaker of the City acted with an unconstitutional motive. Merely using the words "policy" or "custom" or "unconstitutional" in the allegation is not sufficient to state a claim under 42 U.S.C. § 1983. *See Monnell v. Dept. of Social Services*, 436 U.S. 658 (1978).

Stephens has only made conclusory allegations in an effort to try to make the City liable. Conclusory allegations cannot interpose genuine issues of material fact into the litigation so as to preclude entry of summary judgment. *Fed.Rules Civ.Proc.*Rule 56(c).

A municipality is liable only for its own wrongs and cannot be liable under the theory of respondeat superior. Stephens may not base claims against the City on respondeat superior or vicarious liability; rather, he must show an official policy or custom of the City directly caused

the alleged injury to him. A governing entity cannot be held liable in an action brought pursuant to 42 U.S.C.A. § 1983 under a theory of respondeat superior. *Monell v. Department of Social Services of New York City,* 436 U.S. 658, 694 (1978).

In *Monell,* the Supreme Court held that municipalities cannot be liable under §1983 on the theory of respondeat superior, but rather, can be liable under that statute only if they maintain unconstitutional or illegal policies or customs; absent unconstitutional or illegal policies or customs, municipalities and their officials may not be sued for the acts of their employees. Moreover, a plaintiff must show that an official policy was the reason behind the alleged constitutional deprivation. *Farred v. Hicks,* 915 F. 2d 1530 (11th Cir. 1990).

A local government agency or its officials "may only be liable under §1983 if an action pursuant to official policy of some nature caused a constitutional tort." *Church v. City of Huntsville,* 30 F. 3d 1332, 1342 (11th Cir. 1994); *Dowdell v. Chapman,* 730 F. Supp. 533, 545 (M.D. Ala. 1996) (causal link must be established between official policy and custom and plaintiff's injury). It is only when execution of municipal policy or custom inflicts constitutional injury that the municipality or its official policymakers are responsible under §1983. *Monell v. New York Dept. of Social Services, supra* at 694. Stephens must show the official policy or custom was the reason behind the alleged constitutional deprivation. *Farred v. Hicks, supra.*

In some situations a municipality or its officials may be subject to §1983 liability for "constitutional deprivations visited pursuant to governmental 'custom' even though such a custom has not received formal approval from the bodies of official decision making channels." *Monell v. New York Dept. of Social Services, supra* at 690-91. Such liability requires that the Plaintiff provide evidence that establishes "a widespread practice that, 'although not authorized by written law or express municipal policy is so permanent and well settled as to constitute a

'custom or usage' with the force of law.'" *St. Louis v. Praprotnik,* 485 U.S. 112, 127 (1988). Stated differently, "a longstanding and widespread practice is deemed authorized by the policymaking officials because they must have known about it but failed to stop it." *Brown v. City of Ft. Lauderdale,* 923 F. 2d 1474, 1481 (11th Cir. 1991). In such circumstances, however, "considerably more proof than [a] single incident will be necessary" to establish liability. *Oklahoma City v. Tuttle,* 471 U.S. 808, 834 (1985).

A governmental entity can only be held responsible under §1983 for the unauthorized actions of its employees when its final decision makers participated in a policy or custom which resulted in a constitutional violation or a governmental entity can be held liable under §1983 when constitutional violations arise from "custom", even though the custom is not the product of a formal adoption by the municipal policy making authorities. *Monell,* 436 U.S. 658, 690-691.

In the present case, Stephens cannot succeed on a claim of a practice or custom regarding unconstitutional conditions of confinement that would make the City of Montgomery liable under 42 U.S.C. § 1983.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants aver that the Complaint fails to state any cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants deny that Plaintiff is entitled to any relief.

### THIRD AFFIRMATIVE DEFENSE

Defendants plead the general issue.

12

## FOURTH AFFIRMATIVE DEFENSE

Defendants deny all allegations not specifically admitted and demands strict proof thereof.

## FIFTH AFFIRMATIVE DEFENSE

Any state law claims made by Plaintiff are due to be dismissed in that no intentional tort claims are viable against a municipality.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state injuries or damages caused by Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants deny that it had policies or customs depriving Plaintiff of any constitutional rights.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants plead immunity. Defendants plead that Plaintiff's Complaint and Amended Complaints are insufficient to apprise Defendants of the civil crimes or wrongs for which the Plaintiff seeks damages such that the Defendants cannot properly and reasonably defend themselves.

## NINTH AFFIRMATIVE DEFENSE

Defendants plead discretionary function immunity §6-5-338 Ala. Code (1975).

## TENTH AFFIRMATIVE DEFENSE

Defendants plead the affirmative defense of qualified immunity.

## ELEVENTH AFFIRMATIVE DEFENSE

The award of punitive damages would not be proper, appropriate or constitutional.

## TWELFTH AFFIRMATIVE DEFENSE

Defendants plead the doctrine of unclean hands.

## THIRTEENTH AFFIRMATIVE DEFENSE

The claims made by Plaintiff against Defendants are completely without merit and should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendants aver that Plaintiff's allegations of injury are of *de minimus* injury.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants aver that Plaintiff has failed to comply with the statutory requirements of §11-47-23 and §11-47-192, *Ala. Code* (1975, as amended) prior to filing suit.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendants aver that there exists no direct action under 42 U.S.C. § 1983 under which Defendants can be liable, and Plaintiff's purported 42 U.S.C. § 1983 claim is due to be dismissed.

## RESERVATION OF DEFENSES

The Defendant reserves the right to plead additional defenses as they become known in the course of discovery.

Respectfully submitted this the 10th day of July, 2007.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 10th day of July, 2007:

James A. Stephens III
2642 East Cotton Road
Eclectic, Alabama  36024

/s/ Kimberly O. Fehl
Of Counsel

ALABAMA UNIFORM TRAFFIC
TICKET AND COMPLAINT

YEAR 020381 NUMBER

| ALABAMA, COUNTY OF | CO. | CITY | TICKET NUMBER |
|---|---|---|---|
| MONTGOMERY | 03 | 03 | M 7986343 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 06 Day 04 Year 05 At Approx. Time 03:15 ☐ AM ☐ PM ☐ DAYLIGHT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other _____
☒ Private

First Name James   Middle/Maiden Arthur   Last Stephens

Address 2446 E. Cotton Rd   Street

City Eclectic   State AL   Zip Code 32024

State AL   Driver's License Number 3689722   Class of License

Sex M   Race W   DOB 11 24 51   Social Security Number 419-920-458   Drivers License in Possession ☐ Yes ☒ No

Hgt 6'2   Wgt 160   Eyes Brn   Hair Bro   Vehicle Tag Number 2 4 0 9 6 1 P   State AL   Year

Vehicle Description BLACK EL CAMINO

Owner of Vehicle ☒ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,

at or near W. BLVD / I-65 , within the ☒ city limits or ☐ police jurisdiction

of MONTGOMERY , or ☐ within _____ County, at or near the following location

_____ in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. 25-52 adopted and in force at the time the offense was committed. (If applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

CHECK THE APPROPRIATE BLOCK:

1 ☐ Speeding _____ MPH _____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) _____

7 ☐ Driving While Revoked
9 ☐ Driving While Suspended
10 ☒ Running Red Light
16 ☐ Improper Equipment (Specify)
23 ☐ Improper Passing
18 ☒ Improper Tag (Specify)
28 ☒ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE:
(Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature L. H. Cook   L. H. Forbus   Officer ID. 1337   Agency ORI AL 2030100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate

COURT APPEARANCE INFORMATION
☐ Municipal
☐ District Court   Phone 334 241-2776

Court Appearance Date 9-28-05 Time 8:00 ☐ AM ☐ PM   Court Address 320 N. Ripley St

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: X _____   Phone ( )

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

COMPLAINT AND AFFIDAVIT

NAME STEPHENS   TICKET # M 7986343   CASE #

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

Patrick Murphy
PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT
DATE 6-26-07

DEFENDANT'S
EXHIBIT
1

**COURT RECORD**

Court O.R.I. _____ COURT CASE _____

AL _____, _____

YEAR _____ NUMBE _____

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF _____

COUNTY _____

TICKET NUMBER **M** 7986343

DEFENDANT'S NAME _____ CHARGE _____

| CONTINUED TO | M | D | Y | REASON |
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
| M D Y | M D Y | M D Y | M D Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
| M D Y | CASH DEPOSITED $ | M D Y | M D Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M D Y | BOND FORFEITURE ORDERED FINAL | M D Y |

ATTORNEY FOR DEFENDANT _____ ☐ CHECK IF APPLICABLE ☐ Defendant informed of right to counsel ☐ Voluntarily waived counsel ☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of _____

ADJUDICATION (CHECK ONE)    ☐ Guilty as charged    2 ☐ Not guilty    4 ☐ Nol prossed    5 ☐ Dismissed
3 ☐ Guilty of _____

SEP 2 8 2006

## ORDERS OF THE COURT

FINE $ _____    COURT COSTS $ _____    TOTAL FINE AND COURT COSTS $ _____

### ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME-VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ | |
| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENT AUTHORIZED FOR |

☐ JAILED M D Y _____ DAYS _____ RELEASED ☐ M D Y

☐ SENTENCE SUSPENDED _____ DAYS _____ MONTHS    ☐ PROBATION _____ DAYS _____ MONTHS    ☐ COMMUNITY SERVICE _____ MONTHS

☐ TRAFFIC SAFETY PROGRAM M D Y    ☐ SUBSTANCE ABUSE EVALUATION    ☐ COURT REFERRAL PROGRAM COMPLETED M D Y

COURT ORDERED LICENSE SUSPENSION _____ DAYS _____ MOS.    ☐ CONSECUTIVE ☐ CONCURRENT    LICENSE SURRENDERED TO COURT M D Y    RECEIVED BY

CONFIDENTIAL: ☐ NO - ☐ IF YES: ☐ Juvenile ☐ Youthful Offender

MAY 2007

COMMUTE TO _____ DAYS

JAN 1 2006

DISPOSITION DATE _____ M D Y    SIGNATURE OF JUDGE/MAGISTRATE _____

DATE : 5/21/2007  TIME : 11:52:37
REV STIN: PAYDESK1  RECPT#: 410857

CASE APPEALED M D Y    APPEAL BOND _____    CIRCUIT COURT CASE NUMBER _____

MONTGOMERY MUNICIPAL COURT

ARRESTING AGENCY (TYPE OF ARREST) ☐ STATE ☐ COUNTY ☐ MUNICIPAL

CASH RECEIVED FROM _____ RECEIPT # _____ AMOUNT $ _____ DATE M D Y

NAME AND TITLE _____

LICENSE ATTACHED: ☐ YES ☐ NO    DPS RECEIVED LICENSE ☐ YES ☐ NO

## COURT ACTION AND DISPOSITION

# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

ALABAMA, COUNTY OF _Montgomery_

| CO. | CITY | TICKET NUMBER |
|---|---|---|
| 03 | 03 | M 7986357 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

| Month | Day | Year | At | Time | | 
|---|---|---|---|---|---|
| 06 | 19 | 05 | Approx. | 06:15 | ☐ AM ☑ PM ☐ MT |

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other ____
☑ Private

First Name: JAMES   Middle/Maiden: ARTHUR   Last: STEPHENS

Address: 2446 E COTTON RD   Street

City: MONTGOMERY   State: AL   Zip Code: 36024

State: AL   Driver's License Number: 3649722   Class of License: ____

| Sex | Race | DOB M D Y | Social Security Number | Drivers License in Possession |
|---|---|---|---|---|
| M | W | 11 24 57 | 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 | ☑ Yes ☐ No |

Hgt: 6 2   Wgt: 162   Eyes: BRO   Hair: BRO

Vehicle Tag Number: 49D961P   State: AL   Year: 05

Vehicle Description: BLACK CAMARO

Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address):

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ other did unlawfully use a public street, road, highway or other place,

at or near _McGEHEE HWY / AIRBASE BLVD_ within the ☑ city limits or ☐ police jurisdiction

of _Montgomery_, or ☐ within ____ County, at or near the following location

____ in violation of ☐ Section ____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. _125-79-500_ duly adopted and in force at the time the offense was committed, (if applicable) ☑ adopting Section _32-5B-34_ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

1 ☐ Speeding ____ MPH ____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License

DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol In His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify)

7 ☐ Driving While Revoked
11 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☑ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)   ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)   ☐ Accident Involved

Complainant's Signature: C. H. FORBUS

Verified and Acknowledged before me this date (Circle Title): Judge/Magistrate ____ Willis____

☑ Municipal ☐ District Court   9-28-05 MDH   COURT APPEARANCE INFORMATION

| Officer ID | Agency ORI |
|---|---|
| 1377 | AL 0370100 |

Phone (334) 241-2776

Court Appearance Date: 11 07 05   Time: 8:30 ☑ AM ☐ PM   Court Address: 320 ____

I Promise to appear in court at said time and place or otherwise comply with all the terms of the complaint and instructions of the notice part of this ticket.

Defendant's Signature: ____   Phone: ____

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

## COMPLAINT AND AFFIDAVIT

Ticket # M 7986357   Case # ____

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

_Patrick Murphy_

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE _6-26-07_

**COURT RECORD**

COURT CASE NUMBER

AL

☐ MUNICIPAL COURT OR
☐ DISTRICT COURT OF

DEFENDANT'S NAME

COUNTY

TICKET NUMBER **M 7986357**

CHARGE

| CONTINUED TO | M | D | Y | REASON |
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
| M D Y | M D Y | M D Y | M D Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
| M D Y | CASH DEPOSITED $ | M D Y | M D Y |

CONDITIONAL BOND FORFEITURE ORDER ISSUED   M   D   Y     BOND FORFEITURE ORDERED FINAL

ATTORNEY FOR DEFENDANT     ☐ CHECK IF APPLICABLE
☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel
☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☑ Guilty as charged   2 ☐ Guilty of

SEP 2 8 2006

ADJUDICATION (CHECK ONE)   1 ☐ Guilty as charged   2 ☐ Not guilty   3 ☐ Not guilty
3 ☐ Guilty of   4 ☐ Not prossed   5 ☐ Dismissed

## ORDERS OF THE COURT

FINE $     COURT COSTS $     TOTAL FINE AND COURT COSTS $

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR minimum $25.00 $ |

HOUSING & MAINTENANCE   MEDICAL   ATTORNEY/EQUIPMENT   RESTITUTION   PARTIAL PAYMENTS AUTHORIZED FOR
$   $   $   $

☐ JAILED   M   D   Y     DAYS ___ RELEASED ___   LOCATION

☐ SENTENCE SUSPENDED     ☐ PROBATION ___ DAYS   ☐ COMMUNITY SERVICE
___ DAYS ___ MONTHS

☐ TRAFFIC SAFETY PROGRAM   M   D   Y   ☐ SUBSTANCE ABUSE EVALUATION   ☐ LEVEL II REFERRAL PROGRAM COMPLETED   M   D   Y

COURT ORDERED LICENSE SUSPENSION   ☐ CONSECUTIVE   LICENSE SURRENDERED TO COURT   M   D   Y   RECEIVED BY
___ DAYS ___ MOS.   ☐ CONCURRENT

CONFIDENTIAL: ☐ NO ☐ IF YES: ☐ Juvenile ☐ Youthful Offender

MAY COMMUTE TO ___ DAYS

DISPOSITION   JAN 1 7 2006   SIGNATURE OF JUDGE/MAGISTRATE   DATE 5/21/2007   TIME 11:53:19
REV STTN A PRYDESKI   RECPT # 410858

CASE APPEALED   M D Y   APPEAL BOND   2005TRT022094 CIRCUIT COURT CASE NUMBER 4.00

ARRESTING AGENCY   5-30-07   MONTGOMERY MUNICIPAL COURT

CASH RECEIVED   AMOUNT   DATE M D Y

NAME AND TITLE

LICENSE ATTACHED ☐ YES   D/S RECEIVED LICENSE ☐ YES ☐ NO

**COMMUTED TIME SERVED**
**CLOSED OUT**

## COURT ACTION AND DISPOSITION

# ALABAMA UNIFORM TRAFFIC
## TICKET AND COMPLAINT

COURT CASE NO. 22149

YEAR  NUMBER

...MA, COUNTY OF
MONTGOMERY

CO. 03   CITY 03   TICKET NUMBER M 8842889

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 06  Day 19  Year 05  At Approx. 18:11  Time ☐ AM ☐ PM

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☐ Private

First Name JAMES   Middle/Maiden ARTHUR   Last STEPHENS III

Address 2446 EAST COTTON RD

City ECLECTIC   State AL   Zip Code 34024

State AL   Driver's License Number 3689722   Class of License D

Sex M   Race B   DOB   Social Security Number   Drivers License in Possession ☐ Yes ☐ No

Hgt 6'2   Wgt 140   Eyes BLU   Hair BRO   Vehicle Tag Number 29D941P   State AL   Year 05

Vehicle Description EL CAMINO 2D BLK   Owner of Vehicle ☐ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near 900 W. SOUTH BLVD   within the ☒ city limits or ☐ police jurisdiction of MONTGOMERY, or ☐ within ____ County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or ☒ Municipal Ordinance No. 127.79 DC duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section 32-5A-133 Code 1975) more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|

1 ☐ Speeding ____ MPH ____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

☒ Other Violation (Specify) FAILURE TO SIGNAL

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature _____   Officer ID. 1466   Agency ORI AL 0030100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate _____

M 6/9/05

☒ Municipal
☐ District Court
COURT APPEARANCE INFORMATION   Phone ( )

Court Appearance Date 9-29-05   Time _____ MON   Court Address 320 N RIPLEY
7-12-05 8:30 ☐ AM ☒ PM

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature _____   Phone ( )

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

NAME _____
TICKET # M 8842889
CASE #

## COMPLAINT AND AFFIDAVIT

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

Patrick Murphy

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE 6-26-07

□ MUNICIPAL COURT
OR
□ DISTRICT COURT OF

TICKET M
NUMBER

8842889

DEFENDANT'S NAME                          COUNTY        CHARGE

CONTINUED      M    D    Y    REASON
TO

2ND              M    D    Y    REASON
CONTINUANCE

| UTC-6A  MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M    D    Y | M    D    Y | M    D    Y | M    D    Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M    D    Y | CASH DEPOSITED $ | M    D    Y | M    D    Y |

CONDITIONAL BOND FORFEITURE      M    D    Y      BOND FORFEITURE      M    D    Y
ORDER ISSUED                                     ORDERED FINAL

ATTORNEY FOR                    CHECK IF   □ Defendant informed of right to counsel   □ Voluntarily waived counsel
DEFENDANT                       □ APPLICABLE   □ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)                                              SEP 2 8 2005
1 □ Guilty as charged          2 □ Guilty of                           3 □ Not guilty
ADJUDICATION (CHECK ONE)       1 □ Guilty as charged       2 □ Not guilty
3 □ Guilty of                                    4 □ Not prossed          5 □ Dismissed

## ORDERS OF THE COURT

FINE $  20          COURT COSTS $  2          TOTAL FINE AND COURT COSTS $          22

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI | CRIMINAL HISTORY DUI | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR |
|---|---|---|
| $ | $10.00 | (MINIMUM $25.00) $ |

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

□ JAILED      M    D    Y      DAYS   RELEASED □      M    D    Y      LOCATION

□ SENTENCE SUSPENDED          □ PROBATION                    □ COMMUNITY SERVICE
        DAYS        MONTHS              MONTHS              DAYS        MONTHS

□ TRAFFIC SAFETY      M    D    Y      □ SUBSTANCE ABUSE      □ COURT REFERRAL PROGRAM
   PROGRAM                               EVALUATION              ORDERED

COURT ORDERED LICENSE SUSPENSION      □ CONSECUTIVE   LICENSE SURRENDERED TO COURT
                                                        M    D    Y      RECEIVED BY
        DAYS              MOS.        □ CONCURRENT

CONFIDENTIAL: □ NO · □ IF YES: □ Juvenile □ Youthful Offender

DISPOSITION DATE      SIGNATURE OF JUDGE/MAGISTRATE   DATE : 5/21/2007   TIME :   11:54:31
JUN 1 7 2005                                         REV STTN: PAYDESK1   RECPT#:   410050

CASE APPEALED      APPEAL BOND   2005TRT022149   CIRCUIT COURT CASE NUMBER   67.00
M    D    Y                                          MONTGOMERY MUNICIPAL COURT

ARRESTING AGENCY (TYPE OF ARREST)   □ STATE  □ COUNTY □ MUNICIPAL

CASH RECEIVED FROM            RECEIPT #            AMOUNT            DATE   M    Y
                                                  $
NAME AND TITLE

LICENSE ATTACHED: □ YES   □ NO          DPS RECEIVED LICENSE □ YES   □ NO

## COURT ACTION AND DISPOSITION

REV. 5/97

ALABAMA UNIFORM TICKET AND COMPLAINT

042921

ALABAMA, COUNTY OF _Montg_

| | CO. | CITY | TICKET NUMBER |
|---|---|---|---|
| | 0 3 0 3 | | M8791312 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

**TYPE VEHICLE**
☐ Commercial
☐ Haz-Mat Involved
☐ Other _____
☐ Private

Month _11_ Day _20_ Year _05_ At Approx. _1430_ Time ☐ AM ☑ PM

First Name _Isaac_ Middle/Maiden _Arthur_ Last _Stephens III_

Address _2446 East Cotton Rd_ Street

City _Eclectic_ State _Al_ Zip Code _36024_

State _Al_ Driver's License Number _3689722_ Class of License

Sex _M_ Race _W_ DOB M _11_ D _24_ Y _57_ Social Security Number

Drivers License in Possession ☐ Yes ☐ No

Hgt _6'2_ Wgt _160_ Eyes _Blu_ Hair _Bro_ Vehicle Tag Number _Split_ State _Al_ Year _06_

Vehicle Description _GMC Truck_ Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☐ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _Lower Rd / Jones Hocking_ within the ☐ city limits or ☐ police jurisdiction of _Montg_ , or ☐ within _____ County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975, ☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. _25.175A_ , duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

**CHECK THE APPROPRIATE BLOCK:**

| UCR Code | KM No. | Street/Road Code |
|---|---|---|
| | | |

1 ☐ Speeding ____ MPH ____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify)

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☑ Improper Tag (Specify) _08/05_
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature _M. M. Barber_ Officer ID. _825_ Agency ORI _A0030100_

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate _Patricia Pooly_ M _12_ D _01_ Y _05_

☐ Municipal **COURT APPEARANCE INFORMATION**
☐ District Court _Montg_ Phone ( ) _241-2465_

Court Appearance Date/Time _01 04 06 0830_ ☐ AM ☐ PM Court Address _320 N. Ripley St_

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature _____ Phone ( )

☐ Released on Own Recognizance ☐ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

NAME ___

TICKET # M 8/91312

CASE #

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

_Patrick Murphy_

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE _6-26-07_

COURT O.R.I. _____

COURT RECORD

COURT CASE NUMBER
YEAR | NUMBER

AL _____

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF

COUNTY | TICKET NUMBER M | 8791312

DEFENDANT'S NAME | CHARGE

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | | | | REASON |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M D Y | M D Y | M - D - Y | M - D - Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M D Y | CASH DEPOSITED $ | M D Y | M D Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M D Y | BOND FORFEITURE ORDERED FINAL | M D Y |
|---|---|---|---|

ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE ☐ Defendant informed of right to counsel    ☐ Voluntarily waived counsel    ☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☑ Guilty as charged        2 ☐ Guilty of        3 ☐ Not guilty

ADJUDICATION (CHECK ONE)
1 ☐ Guilty as charged        2 ☐ Not guilty
3 ☐ Guilty of        4 ☐ Nol prossed        5 ☐ Dismissed

### ORDERS OF THE COURT

FINE $ | COURT COSTS | TOTAL FINE AND COURT COSTS $

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE $ | MEDICAL $ | | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|

| ☐ JAILED | M D | DAYS | RELEASED ☐ | M D Y | LOCATION |
|---|---|---|---|---|---|

☐ SENTENCE SUSPENDED        ☐ PROBATION        ☐ COMMUNITY SERVICE

____ DAYS ____ MONTHS ____ DAYS ____ MONTHS ____ DAYS ____ MONTHS

☐ TRAFFIC SAFETY PROGRAM | M D Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M D Y

COURT ORDERED LICENSE SUSPENSION ____ DAYS ____ MOS. | LICENSE SURRENDERED TO COURT | M D Y | RECEIVED

☐ CONCURRENT

CONFIDENTIAL: ☐ NO ·  ☐ IF YES: ☐ Juvenile  ☐ Youthful Offender

| DISPOSITION DATE JAN 17 2006 | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|

| CASE APPEALED M D Y | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |
|---|---|---|

ARRESTING AGENCY (TYPE OF ARREST) ☐ STATE  ☐ COUNTY  ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE — M D Y |
|---|---|---|---|
| NAME AND TITLE | | | |

LICENSE ATTACHED: ☐ YES  ☐ NO        DPS RECEIVED LICENSE ☐ YES  ☐ NO

### COURT ACTION AND DISPOSITION

JAN 17 2006
COLLECTIONS

DATE: 5/21/2007  TIME: 11:53:56
REN STN: PAYDESK    RECPT#: A10859
2005TRT042921        67.00

MONTGOMERY MUNICIPAL COURT

State of Alabama
City of Montgomery

Form MMC-1010          Rev. 10/03

# COURT RECORD
# CASE ACTION SUMMARY

Case Number

**2005CRA003919A**

PAGE 1 OF 4

## IN THE MUNICIPAL COURT OF _____ MONTGOMERY _____ , ALABAMA
*(Name of Municipality)*

**MUNICIPALITY OF** ____ **MONTGOMERY** ____ v. **JAMES ARTHUR STEPHENS**

Defendant

## DEFENDANT IDENTIFICATION AND INFORMATION

| Social Security Number | Date of Birth | Home Address | | |
|---|---|---|---|---|
| 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 | 11/24/1957 | 2446 E COTTON RD | | |
| Race | Sex | City | State | Zip Code |
| W | M | ECLECTIC | AL | 36024 |
| Height | Weight | Home Telephone Number | | |
| | | | | |
| Eye Color | Hair Color | Employer Name & Address | | |
| | | | | |
| Driver License State | Driver License Number | City | State | Zip Code |
| AL | 3689722 | | | |
| Other / Distinguishing Features: | | Employer Telephone Number | | |
| | | | | |

Offense / Charge:  **(05F(99))  THEFT OF LOST PROPERTY 3**

Complainant - Victim / Arresting Officer:  **GLORIA PICKNEY**

Bondsman / Surety:                                         Bond Amount:  0.00

| Date of Offense | Date Warrant Issued | Date Committed to Jail | Date Released on Bond | Arraignment Date | Trial Date |
|---|---|---|---|---|---|
| 06/04/2005 | | | | 06/09/2005 | |

**PROSECUTOR NAME:**                    **DEFENSE COUNSEL NAME:**

ARRAIGNMENT: _____                    ARRAIGNMENT: _Whitenton_

TRIAL: _____                                      TRIAL: _____

PLEA OF DEFENDANT: [X] GUILTY AS CHARGED   [ ] NOT GUILTY   [ ] GUILTY OF:

## ADJUDICATION

[X] GUILTY AS CHARGED   [ ] NOT GUILTY   [ ] NOL-PROSSED   [ ] DISMISSED

[ ] GUILTY OF: _____

**6-9-05**
DATE

JUDGE, CITY OF MONTGOMERY

## ACTIONS, JUDGMENTS, CASE NOTES

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT

SENTENCED TO  **30**  DAYS IN JAIL, SUSPEND

FINE: $ **400**   COURT COST: $ **191**

PATRICK J. MURPHY
CLERK OF THE ALIAS
WONTGOMERY MUNICIPAL COURT

**TOTAL FINE, COST & FEES:** $ ____ 613.00 1/13/06

DATE 12-26-07

DUE DATE: **11-1-05**

**DEPOSITION**

Warrant Number

2005M 2560

Case Number

_Financial System_
_(form 064a)(front) Rev. 11-92_

IN THE **MUNICIPAL** COURT OF **MONTGOMERY,** **ALABAMA**
(Circuit, District or Municipal)    (Name of Municipality or County)

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF **MONTGOMERY**

V. _James  Arthur  Stephews_ , Defendant

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

| Name of Accused (or Alias) _James  Arthur  Stephews  III_ | | Telephone Number _541 2558_ |
|---|---|---|
| Social Security Number _419  90  0658_ | Driver's License Number | Date of Birth _11/24/57_ | Age _47_ | Race _W_ | Sex _M_ |

| Height _6 2_ | Weight _160_ | Hair _Bl_ | Eyes _Brown_ | Complexion |
|---|---|---|---|---|

Address of Accused _2446  E. Cotton Rd_   City _Eclectic_   State _Ala_   Zip _36024_

Name of Employer _____   Employer's Telephone Number _____

Address of Employer _____   City _____   State _____   Zip _____

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: _THEFT OF PROPERTY 3rd_

Date and Time of Offense: _8:00Am    June  4/05_

Place of Occurrence: _3104   Boozman  Dr_

Person Attacked or Property Damaged: _1 Deep Freezer_

How Attacked: _tike for side of House_

Did Accused Possess or Use a Weapon?  ☐ Yes    ☐ No    Type: _____

Damage Done or Injuries Received: _____

Value of Property: _X $400.00_

Details of Offense: _x  I Elglena pinkney  were  out  of  town  where I
retrue Jerome  Williams  told  me  that  a man  where
get  thing  out  of  by  <s>Jene</s>  the  side  of  my  House
1st  were  Deepfreezer  and  winder  I did  not  give him
pichment a to  get  inthing  out  of  my  yard  <s> Feen peke</s>
so  he  said  the  men  were  white  in a black  Elconed  so  5/7/05
we  seen  him  at  Charles  place  I call  police  that  came
out  but  he  <s>has</s>  have  left  he  four  police  come
So  that  come  me  5/8/05  and  told  me  that  got  the
man  so  I came  do  to  the  police  Jerome  Williams
is  witness  he  told  me  that  the  talk ___
why  were  he  up  there  he  said  that  <s>and Jerome pinkney</s>  to get
the thing  out  the  yard  so  Jerome  Williams  witness
aloee  come  to  my  house  on  the  5/8/05  have  the
man  at  Ameo  some  Call Jerome Williams (Jerome) we  all  went
up  to  Ameo  to  see  were  this  the  man  so  it were
<s>it like</s>  He  pass  by  My  House  5/8/05  about  three  time  this day
so  I came  dow  to  Siws  a  Warrant_

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE _____

State of Alabama
City of Montgomery

Form MMC-1010     Rev. 10/03

# COURT RECORD
# CASE ACTION SUMMARY

Case Number

**2005CRA003739A**

PAGE 1 OF 4

## IN THE MUNICIPAL COURT OF                MONTGOMERY                , ALABAMA
*(Name of Municipality)*

**MUNICIPALITY OF     MONTGOMERY     v.   JAMES ARTHUR STEPHENS**

Defendant

### DEFENDANT IDENTIFICATION AND INFORMATION

| Social Security Number 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 | Date of Birth 11/24/1957 | Home Address 2446 E COTTON RD | | |
|---|---|---|---|---|
| Race W | Sex M | City ECLECTIC | State AL | Zip Code 36024 |
| Height | Weight | Home Telephone Number | | |
| Eye Color | Hair Color | Employer Name & Address | | |
| Driver License State AL | Driver License Number 3689722 | City | State | Zip Code |
| Other / Distinguishing Features | | Employer Telephone Number | | |

Offense / Charge:   **(14Q)  FALSE STATEMENT-GIVING FALSE NAME, ETC. TO LE OFF.**

Complainant - Victim / Arresting Officer:   CLINTON HARTSFIELD     1287

Bondsman / Surety: _____     Bond Amount:   0.00

| Date of Offense | Date Warrant Issued | Date Committed to Jail | Date Released on Bond | Arraignment Date | Trial Date |
|---|---|---|---|---|---|
| 08/18/2004 | | | | 06/02/2005 | |

PROSECUTOR NAME:                         DEFENSE COUNSEL NAME:

ARRAIGNMENT: _____     ARRAIGNMENT: _____

TRIAL: _____     TRIAL: _____

PLEA OF DEFENDANT:   [✓] GUILTY AS CHARGED     [ ] NOT GUILTY     [ ] GUILTY OF:

### ADJUDICATION

[✓] GUILTY AS CHARGED     [ ] NOT GUILTY     [ ] NOL-PROSSED     [ ] DISMISSED

[ ] GUILTY OF:

JUN 0 2 2005
DATE                    JUDGE, CITY OF MONTGOMERY

## ACTIONS, JUDGMENTS, CASE NOTES

SENTENCED TO _____ DAYS IN JAIL, SUSPEND _____ DAYS

FINE: $ 700     COURT COST: $ 141

413.00 1/13/06

TOTAL FINE, COST & FEES: $ 413.00

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

Patrick Murphy
SPATRICK J MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

PAYMENT 6-26-07
DATE
DUE DATE: 9/2/05

SEP 8 8 2005

12-31-05

THU PM

**DEPOSITION**

Warrant Number __2o4M - 0360 8__

Case Number ____

IN THE __MUNICIPAL__    **COURT OF**    **MONTGOMERY,**    **ALABAMA**
(Circuit, District or Municipal)    (Name of Municipality or County)

☐ STATE OF ALABAMA

v.   JAMES ARTHUR STEPHENS III    ☒ MUNICIPALITY OF   __MONTGOMERY__

, Defendant

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

Name of Accused (or Alias)    JAMES ARTHUR STEPHENS III    AKA

| Social Security Number 419 - 90 - 0458 | Driver's License Number 3689722 | Date of Birth 11 / 24 / 1957 | Age | Race White | Sex M |
| Height 6-2 | Weight 160 | Hair BRO | Eyes BLU | Complexion LIGHT | |

Telephone Number ( ) -

Address of Accused    2446 EAST COTTON RD.    City ECLECTIC    State AL    Zip 36024

Name of Employer

Address of Employer    City Montgomery    Employer's Telephone Number ( ) -    State AL    Zip

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense:   GIVING A FALSE NAME TO A LEO

Date and Time of Offense: 08 /18 / 2004  ● At  ○ Between   and  1800   hours

Place of Occurrence:   2600 BLK OF SOUTHWEST ST.

Person Attacked or Property Damaged:   NA

How Attacked:   NA

Did Accused Possess or Use a Weapon?   ☐ Yes   ☒ No   Type:

Damage Done or Injuries Received:   NA

Value of Property:   NA

Details of Offense:

ON THE LISTED DATE AT APPROXIMATLEY 1800 HRS, THIS UNIT (HARTSFIELD #1287 AND ROSAMOND #1586) WAS ON ROUTINE PATROL AND NOTICED A RED MAZADA PICK-UP TRUCK PARK BEHIND A CLOSED BUSINESS AT THE CORNER OF SOUTHWEST ST AND TULANE ST.  THE VEHICLE WAS OCCUPIED BY TWO UNKNOWN MALES.  WE DECIDED TO INVESTIGATE THEIR ACTIVITIES.  WHEN WE MADE CONTACT WITH THE OCCUPANTS, I ASKED THEM THIER NAMES.  THE MALE SUBJECT IN THE DRIVER'S SEAT STATED HIS NAME WAS JOHN STEPHENS WITH A BIRTHDATE OF AUGUST 15, 1956.  HE FURTHER STATED THAT HE COULD NOT REMEMBER HIS SOCIAL SECURITY NUMBER.  AFTER RUNNING A WARRANT CHECK ON THE SUBJECT, I DISCOVERED HE WAS NOT ON FILE BOTH LOCALLY AND IN NCIC.  I THEN RAN THE TAG ON THE VEHICLE HE WAS IN, AND IT CAME BACK TO A JAMES ARTHUR STEPHENS III (11/24/1957).  I THEN ASKED THE SUBJECT SITTING IN THE SEAT IF HE WAS JAMES STEPHENS AND HE STATED, "NO, THAT IS MY BROTHER."  AFTER SEVERAL MINUTES OF TALKING WITH THE SUBJECT I COULD NOT DETERMINE IF HIS REAL NAME WAS JAMES OR JOHN STEPHENS.  EVEN THOUGH THE PHYSICAL DESCRIPTION OF JAMES MATCHED HIM HIS PHYSCIAL APPEARANCE WAS THE SAME.  I DECIDED TO LEAVE.  LATER THAT EVENING I UTILIZED L.E.T.S. (LAW ENFORCEMENT TATICAL SYSTEM) WHICH GIVES LAW ENFORCEMENT PICTURES AND NAMES OF SUBJECTS WHO HAVE DRIVERS LICENSE.  A SEARCH OF JOHN STEPHENS (8-15-1956) WAS MADE AND NO MATCHES WERE FOUND.  A SEARCH FOR JAMES A. STEPHENS III (11-24-1957) WAS MADE AND A PICTURE AND HIS INFORMATION APPEARED.  I IDENTIFIED HIM AS THE SUBJECT I

was speaking with at Southwest and Tulane Streets.

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

CLERK OF THE MONTGOMERY MUNICIPAL COURT

FORM DC-1 REV. 2/96

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.

| ALABAMA, COUNTY OF | CO | CITY | TICKET NUMBER | YEAR | NUMBER |
|---|---|---|---|---|---|
| Montgomery | 03 | 03 | | N | 0869202 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

| Month | Day | Year | At Approx. | Time | |
|---|---|---|---|---|---|
| 05 | 18 | 07 | 0655 | ☐ AM ☒ PM ☐ MT | |

**TYPE VEHICLE**
☐ Commercial  ☐ Haz-Mat Involved
☐ Other
☒ Private

First Name: James
Middle/Maiden: Arthur
Last: Stephens

Address: 2446 East Cotton St

City: Eclectic  State: AL  Zip Code: 36024

State: AL  Driver's License Number: 3689722  Class of License: D

Sex: M  Race: W  DOB: 11 24 57
Social Security Number: 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
Drivers License in Possession: ☐ Yes ☒ No

Hgt: 6 2  Wgt: 160  Eyes: Blu  Hair: Bro
Vehicle Tag Number: 29H0465  State: AL  Year: 07

Vehicle Description: 96 Blue Kia
Owner of Vehicle ☒ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address): Same

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near 3200 Blk Mobile Hwy , within the ☒ city limits or ☐ police jurisdiction of Montgomery or within Montgomery County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975.

☐ or Rule/Regulation number (or) ☒ Municipal Ordinance No. 125.79 , duly adopted and in force at the time the offense was committed, (if applicable) ☒ adopting Section 32-6-19 Code 1975, more particularly described below:

**CHECK THE APPROPRIATE BLOCK:**

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

1 ☐ Speeding _____ MPH _____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License

**DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:**
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify)

7 ☐ Driving While Revoked
8 ☒ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) _____
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify) _____
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature: SCW
Officer ID: 1504  Agency ORI: AL 0030100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate: 5/18/07

☐ Municipal  ☐ District Court
**COURT APPEARANCE INFORMATION**
Phone: (334) 241-2465

Court Appearance Date: 06 19 07  Time: 08:30 ☒ AM ☐ PM
Court Address: 320 N Ripley St Mont AL 36104

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: in Custody  Phone ( )

☐ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

**COMPLAINT AND AFFIDAVIT**

TICKET NO. N 0869202  CASE #

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE 6-26-07

REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.

| | CO. | CITY | | YEAR | NUMBER |
ALABAMA, COUNTY OF Montgomery

| CO | CITY |
| 013 | 013 |

TICKET NUMBER **N 0869204**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 05 Day 18 Year 07

At Approx. 00 Time 55

☐ AM ☑ PM ☐ MT

**TYPE VEHICLE**
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

First Name James  Middle/Maiden Arthur  Last Stephens

Address 2146 East Cotton Rd Street

City Eclectic  State AL  Zip Code 36024

State AL  Driver's License Number 3689722  Class of License D

Sex M  Race W  DOB M 11 D 24 Y 57  Social Security Number 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  Drivers License in Possession ☐ Yes ☑ No

Hgt. 6'2  Wgt. 160  Eyes Bu  Hair Bro  Vehicle Tag Number 29HO46J  State AL  Year 07

Vehicle Description 96 Blue Kia

Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address) Same

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,

at or near 3200 Blk Mobile Hwy , within the ☑ city limits or ☐ police jurisdiction

of Montgomery , or ☑ within Montgomery County, at or near the following location

in violation of ☐ Section Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. 25.79 , duly adopted and in force at the time the offense

was committed, (if applicable) ☑ adopting Section 13A-5A-330(B) Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|

1  ☐ Speeding _____ MPH _____ Speed Limit
2  ☐ Reckless Driving
3  ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4  ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
5  ☐ Under the Influence of Alcohol
   ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6  ☐ Failure to Yield Right of Way
   ☑ Other Violation (Specify) Open Container

7  ☐ Driving While Revoked
8  ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)

☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature S C Wa

Officer ID. 1564  Agency ORI AL0302010U

Verified and Acknowledged before me this date (Circle Title) : Judge/Magistrate

518 U

**COURT APPEARANCE INFORMATION**

☑ Municipal
☐ District Court

Phone (334) 241-2465

Court Appearance Date 06 19 07  Time 08 30 ☑ AM ☐ PM  Court Address 320 N Ripley St Mont AL 36104

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature In Custody  Phone ( )

☐ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

NAME

TICKET # N 0869204 CASE #

**COMPLAINT AND AFFIDAVIT**

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

Patrick Murphy

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE 6-26-07

# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC-1
REV 9/90

**ALABAMA, COUNTY OF** Montgomery

CO 03 CITY 03

**TICKET NUMBER** N 0869205

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 10 Day 5 Year 07 At Approx. 00:55 Time □ AM ☑ PM □ MT

**TYPE VEHICLE**
□ Commercial
□ Haz-Mat Involved
□ Other
☑ Private

First Name James Middle/Maiden Arthur Last Stephens III

Address 2446 East Cotton Rd Street

City Eclectic State AL Zip Code 36024

State AL Driver's License Number 3689722 Class of License D

Sex M Race W DOB M 2 D 24 Y 57 Social Security Number 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 Drivers License in Possession □ Yes ☑ No

Hgt 6 2 Wgt 160 Eyes Blu Hair Brn Vehicle Tag Number 39H046J State AL Year 07

Vehicle Description 96 Blue Kia

Owner of Vehicle ☑ Driver □ Employer □ Other

Employer/Owner of Vehicle (Address) Same

☑ Did unlawfully operate a motor vehicle, other vehicle, or □ otherwise unlawfully use a public street, road, highway or other place, at or near 5200 Blk Mobile Hwy, within the ☑ city limits or □ police jurisdiction of Montgomery, or within Montgomery County, at or near the following location _____ in violation of □ Section _____ Code of Alabama 1975.

□ or Rule/Regulation number (or) ☑ Municipal Ordinance No. 125-79, duly adopted and in force at the time the offense was committed, (if applicable) ☑ adopting Section T32-7A-16-1 Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

UCR Code | KM No. | Street/Road Code

1 □ Speeding _____ MPH _____ Speed Limit
2 □ Reckless Driving
3 □ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 □ There was .08% or More By Weight of Alcohol in His/Her Blood
4 □ Under the Influence of Alcohol
5 □ Under the Influence of Controlled Substance
71 □ Under the Combined Influence of Alcohol and Controlled Substance
72 □ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 □ Failure to Yield Right of Way
☑ Other Violation (Specify) no proof Ins

7 □ Driving While Revoked
8 □ Driving While Suspended
10 □ Running Red Light
13 □ Improper Equipment (Specify) _____
14 □ Improper Passing
28 □ Improper Tag (Specify) _____
29 □ Improper Turn
42 □ Overweight Vehicle
61 □ Child Restraint Violation
77 □ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
□ Companion Case (Traffic, Non-Traffic, Felony, Other)
□ Accident Involved

Complainant's Signature SC [signature]
Officer ID. 1504 Agency ORI AL 0030100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate M 5 D 18 Y 07

□ Municipal
□ District Court

**COURT APPEARANCE INFORMATION**
Phone (334) 241-2465

Court Appearance Date 06/11/07 Time 0830 □ AM □ PM Court Address 320 N Ripley St Mont AL 36104

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature in Custody Phone ( )

□ Released on Own Recognizance □ Driver's License Posted in Lieu of Bond

## COMPLAINT AND AFFIDAVIT

TICKET N 0869205 CASE #

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

Patrick Murphy
PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE 6-26-07

FORM UTC-1
REV. 3/91

# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

COURT CASE NO.

| YEAR | NUMBER |

ALABAMA, COUNTY OF **Montgomery** | CO. 013 | CITY 03 | TICKET NUMBER **N 0869203**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month **05** Day **18** Year **07** At Approx. Time **5:55** ☐ AM ☒ PM ☐ MT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other _____
☒ Private

First Name **James** | Middle/Maiden **Arthur** | Last **Stephens III**

Address **2446 E Cotton** Street **Rd**

City **Eclectic** | State **AL** | Zip Code **36024**

State **AL** | Driver's License Number **3689722** | Class of License _____

Sex **M** Race **W** | DOB **11 24 57** | Social Security Number **19-90-0458** | Drivers License in Possession ☐ Yes ☒ No

Hgt. **6 12** | Wgt. **160** | Eyes **Blu** | Hair **Bro** | Vehicle Tag Number **29 H046 J** | State **AL** | Year **07**

Vehicle Description **96 Blue Kia** | Owner of Vehicle ☒ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address) **Same**

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near **3200 RJK Mobile Hwy** within the ☒ city limits or ☐ police jurisdiction of **Montgomery**, or ☐ within **Montgomery** County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☒ Municipal Ordinance No. **125.79**, duly adopted and in force at the time the offense was committed, (if applicable) ☒ adopting Section **T 32-5-240 (b)(1)** Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

1 ☐ Speeding _____ MPH _____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify)

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☒ Improper Equipment (Specify) **one headlight out**
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify) _____
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc) ☐ Accident Involved

Complainant's Signature **SCW** | Officer ID. **1524** | Agency ORI AL **0030100**

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate _____ | M **5** D **18** Y **07**

☒ Municipal ☐ District Court

## COURT APPEARANCE INFORMATION

Phone **(334) 241-2465**

Court Appearance Date **06 19 07** Time **0830** ☒ AM ☐ PM | Court Address **320 N Ripley St Mont AL 36104**

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature **in Custody** | Phone ( )

☐ Released on Own Recognizance ☐ Driver's License Posted in Lieu of Bond

NAME

TICKET # **N 0869203** CASE #

## COMPLAINT AND AFFIDAVIT

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE MONTGOMERY MUNICIPAL COURT

*Patrick Murphy* JT

PATRICK J. MURPHY
CLERK OF THE
MONTGOMERY MUNICIPAL COURT

DATE **6-26-07**

### IN THE UNITED STATES DISCTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JAMES A. STEPHENS, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 2:07-cv-473-ID** |
| ) | |
| **CITY OF MONTGOMERY, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

### <u>AFFIDAVIT OF WARDEN WILLIE COLLINS</u>

Before me, the undersigned authority, personally appeared Willie Collins, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Willie Collins. I am over nineteen years of age. I have been employed with the City of Montgomery as Warden of the Montgomery City Jail since December 7, 2001. It is in that capacity that I state the following:

1.    Our records indicate that James Stephens was booked in the Montgomery Municipal Jail on May 18, 2007 at approximately 2:02 a.m. Mr. Stephens went to municipal court later that same day. Mr. Stephens had outstanding fines that were commuted to serve 62 days in jail or in the alternative, pay his total fine of $1,640.00. On May 19, 2007, Mr. Stephens' fines were paid and he was released at 22:49. I have attached to my affidavit as *Exhibit 1,* a certified copy of the records for James A. Stephens during his most recent incarceration at the Montgomery Municipal Jail of May 18 – May 19, 2007.

1



DEFENDANT'S EXHIBIT 2

2.    Mr. Stephens was provided a mat to sleep on due to temporary overcrowding within the Montgomery Municipal Jail.

3.    Mr. Stephens was housed in temporary quarters in the annex recreation area which is used as a temporary holding area.

4.    The Montgomery Municipal Jail allows inmates to call for medications that are needed during their incarceration. I have nothing to indicate that Mr. Stephens requested a call to receive medication. However our records do indicate that Mr. Stephens made two phone calls on May 18th at 2:09 to numbers 241-7107 and 265-7034.

5.    The Montgomery Municipal Jail has telephones in the permanent housing area. When inmates are housed in the overflow area they are allowed to make calls when the inmates in the permanent housing areas are placed in lock-up status. The annex recreation area is used as the temporary holding area when crowding exists.

6.    Inmates of the Montgomery Municipal Jail are advised of the telephone policy. This policy informs inmates of the times telephones will be turned on. Ordinarily inmates housed in the holding area or temporary quarters are allowed access to telephones every other day. There are no telephones in the temporary quarters.

7.    The housing of inmates in the temporary holding area or temporary quarters is an emergency procedure that is put into place when there is an overflow or crowding exists within the Montgomery Municipal Jail. This area has one toilet and is not equipped with showers. Inmates are processed to adjoining pods to make phone calls and receive showers.

8.      Hygiene packets are available in the Montgomery Municipal Jail.  Soap and tissue are issued every other night and towels are issued daily.  Inmates are allowed to shave on a regular basis.

9.      All emergency exits are within the required standards based on fire inspections and emergency plans for the Montgomery Municipal Jail.

10.     The Montgomery Municipal Jail does not have a law library.

I have read the above and foregoing affidavit consisting in total of three (3) pages and state that it is true and correct to my present knowledge and information.

_____
Willie Collins, Warden


**SWORN to and SUBSCRIBED before me this the** 9th **day of July, 2007.**


_____
Notary Public
My Commission Expires  March 17, 2009

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JAMES A. STEPHENS, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **Case No. 2:07cv473-ID** |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
|     Defendant. | ) |

## CERTIFICATE OF AUTHENTICITY

I hereby certify that the attached is a true and complete copy of the Montgomery Municipal Jail records pertaining to James A. Stephens, DOB: 11/24/57, kept in the Montgomery Municipal Jail during his incarceration from 5/18/07 – 5/19/07.

I further certify that all records of the inmates in this facility are in the care, custody and control of the administration, and made in the regular course of business, at the time of the events, transactions or occurrences to which they refer, or within a reasonable time thereafter.

Signed this the ___2nd___ day of ___July___, 2007.

_____
CUSTODIAN OF INMATE RECORDS

SUBSCRIBED AND SWORN TO before me on this the 2nd day of ___July___, 2007.

_____
NOTARY PUBLIC

RETURN THIS NOTARIZED CERTIFICATE AND RECORDS TO: City of Montgomery Attorney's Office, P. O. Box 1111, Montgomery, AL 36101-1111

1

**EXHIBIT**
**1**

BOOKING #      NAME
=================================================================================
                                                               BOOKING DATE/TIME
2007-00003821    STEPHENS,JAMES,ARTHUR,                         =================
SEX: Male        D.O.B.: 11/24/1957   AGE: 49                   05/18/2007 / 2:02:5

EXAMINER: WILSON,FLOYD,,
BK - Int Cls Medical Intake/History/Rec.-Vis              ANSWER  REMARK
---------------------------------------------------------------------------------
|  | | ANSWER |
|---|---|---|
| 1. Have you ever been treated for Asthma? | | NO |
| 2. Have you ever been treated for Heart Trouble? | | NO |
| 3. Have you ever been treated for high blood pressure | | NO |
| 4. Have you ever been treated for Diabetes? | | YES |
| 5. Have you ever been treated for seizures/epilepsy? | | NO |
| 6. Have you ever been treated for drug addiction? | | YES |
| 7. Have you ever been treated for alcoholism? | | YES |
| 8. Have you ever been treated for Tuberculosis? | | NO |
| 9. Have you ever been treated for venereal disease? | | NO |
| 10. Have you ever been treated for kidney Trouble? | | NO |
| 11. Have you ever been treated for ulcers? | | NO |
| 12. Have you ever been treated for female problems? | | NO |
| 13. Have you ever been treated for Sickle Cell? | | NO |
| 14. Have you ever been tested for Hepatitus? | | NO |
| 15. Have you ever been treated for Hepatitus? | | NO |
| 16. Have you ever been tested for AIDS? | | YES |
| 17. Have you ever been treated for AIDS? | | NO |
| 18. Have you ever been treated for a mental condition? | | YES |
| 19. Have you ever used or taken drugs? | | YES |
| 20. Are you pregnant? If so how many months. | | NO |
| 21. Has anyone in your family ever attempted suicide? | | NO |
| 22. Have you ever attempted suicide? | | NO |
| 23. Is the inmate a suicide risk? | | NO |
| 24. Does the inmate have any obvious pain? | | NO |
| 25. Does the inmate have any obvious bleeding? | | NO |
| 26. Does the inmate have visible signs of trama? | | NO |
| 27. Does the inmate have obvious signs of illness? | | NO |
| 28. Does the inmate require emergency care at present? | | NO |
| 29. Does the inmate require doctor's care at present? | | NO |
| 30. How were injuries received (yes/no then describe)? | | NO |
| 31. Is there obvious fever or swollen lymph nodes? | | NO |
| 32. Is there obvious jaundice? | | NO |
| 33. Any evidence of infection that might spread? | | NO |
| 34. Is the skin in good condition & free from vermin? | | YES |
| 35. Does inmate appear to be under inf. of alcohol? | | NO |
| 36. Does inmate appear to be under inf. of drugs? | | NO |
| 37. Are there any signs of alcohol/drug withdrawal? | | NO |
| 38. Does the inmate appear to be danger to staff? | | NO |
| 39. Does the inmate appear to be a danger to others? | | NO |
| 40. Are there any medications with the inmate? | | NO |
| 41. Any medical problems which need attention? | | NO |
| 42. Alguna vez a sido tratado para: | | NO |
| 43. el asma? | | NO |
| 44. Problemas del Corazon? | | NO |
| 45. La alta presion? | | NO |
| 46. la Diabetes? | | NO |
| 47. Epilepsia o convulsiones? | | NO |
| 48. la addiccion de drogas? | | NO |
| 49. por ser alcoholico? | | NO |
| 50. la Tuberculosis? | | NO |

DATE : 05/18/2007
TIME : 2:07:49    Case 2:07-cv-00473-ID-CSC    Document 21-3    Filed 07/10/2007    Page 6 of 17
ORI #: AL0030100

PAGE
BK1220
RR771

INITIAL CLASSIFICATION LISTING

| BOOKING # | NAME | | BOOKING DATE/TIME |
|---|---|---|---|

==================================================================================
2007-00003821    STEPHENS,JAMES,ARTHUR,                    05/18/2007 /  2:02:5
SEX: Male          D.O.B.: 11/24/1957  AGE: 49

| | |
|---|---|
| 51. una enfermedad trasmitida a traves del sexo? | NO |
| 52. para problemas de los rinones? | NO |
| 53. ulceras? | NO |
| 54. problemas femeninos? | NO |
| 55. la Anemia? | NO |
| 56. analizado a ver si tienes Hepatitis? | NO |
| 57. tratado para la Hepatitis? | NO |
| 58. analizado para ver si tiene Sida? | NO |
| 59. tratado para el Sida? | NO |
| 60. Tratado para una condicion mental? | NO |
| 61. Alguna vez a tomado o usado drogas? | NO |
| 62. Alguna vez usted a intentado suicidarse? | NO |
| 63. Esta usted embarazada? | NO |
| 64. Si contesta si, cuantos meses? | NO |
| 65. Alguna vez: | NO |
| 66. alguien en su familia a intentado suicidarse? | NO |

OFFICER'S INPUT (MEDICAL):


I AGREE THAT THE ABOVE INFORMATION CAN BE RELEASED
TO ANY COUNSELOR OR ATTENDING PHYSICIAN:

X _____                    FWilson 1350 @ 0236
       (INMATE'S SIGNATURE)                        (OFFICER'S SIGNATURE)

NOTIFICATION OF MEDICAL DIRECTOR DESIGNEE:

TIME: _____    WHOM: _____

PHYSICIAN/NURSE SIGNATURE: _____



# JAIL BOOKING SHEET

**MONTGOMERY POLICE DEPARTMENT**

**ORI #: AL0030100**    **JACKET #: 000120263**

**BOOKING #:**    200700003821

**NAME: STEPHENS, JAMES, ARTHUR,**

**RACE: WHITE**    **SEX: MALE**    **DOB: 11/24/1957**

**SSN #: 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**

**HEIGHT: 6'02"**    **WEIGHT: 160**

**MUNICIPAL JAIL FACILITY**

# MONTGOMERY MUNICIPAL JAIL
# PRISONER TELEPHONE CALL LOG

**DATE:** 5/18/07

| PRISONER'S NAME | DATE | TIME | NO. CALLED | CALL COMPLETED | OFFICER INITIALS | INMATE SIGNATURE |
|---|---|---|---|---|---|---|
| Stephen James | 5/18/07 | 0209 | 241-7107 265-7034 | FW | yes | x |
| KEVIN LANE | 5/18/07 | 0244 | 2691536 | SP | YES | x Kevin Lane |
| Corretta May | 5/18/07 | 0248 | 269-2937 | B | yes | x Corretta May |
| IVORY CALDWELL | 5/18/07 | 0532 | 3189311 | SP | YES | |
| V Alexander Adair | 5/18/07 | 0750 | 264-5515 | Yes | TB | Alexander Adair |
| Brenda Goldsmith | 5/18/07 | 0850 | 233-3988 | yes | VW | Brenda Goldsmith |
| Justina Jones | 5/18/07 | 12 | 284-0598 | Yes | VW | K |
| Brennia Smiley | 5/18/07 | 1436 | 593-8630 | Yes | MT103 | Brennia Smiley |
| Kim Ellen | 5/18/07 | 1436 | 244-3225 | yes | MT103 | Kim Ellen |
| Kate Scott | 5/18/07 | 1439 | 264-2757 | yes | mom | |
| Kevin Mac | 5/18/07 | 1 | 264-7832 | | MT | Kevin Lane |
| Tomlal Shave | 5/18/07 | 1655 | 549-1194 | yes | MT103 | Tomlal Shave |
| William Scott Stewart | 5/18/07 | 1915 | Decline | QW | No | x Scott Stewart |
| Carlos Bishop | 5/18/07 | 2005 | 241-9026 | QW | Yes | x Carlos Bishop |
| Shawn mcghee | 5-18-07 | 2015 | | TI | yes | Rickshawn s's |
| Rawlison James | 5-18-07 | 2331 | 264-1107 | yes | yes | x |
| KEROY CHAPPELL | 5/18/07 | 0106 | 850-0424 | SP | YES | x Keroy Chappell |
| James Stede | 5/15/07 | 012 | 261-2152 | SP | yes | |
| Adam Stewart | 5/19 | 0302 | 538-8038 | SP | yes | x |
| DERRICK SMITH | 5/18/07 | 035 | 2827145 | SP | YES | x Derrick Smith |
| ROSYN MARTIN | 5/19/07 | 0420 | Declined | No | DNC | x Roslyn mato |
| WILLIP DANIELS | 5/19/07 | 0445 | 322 5402 | | | |
| Monica Bentley | 05/19/07 | 0530 | 286-3861 | yes | QW | x M |
| Clifton Bryant | 5/19/07 | 0723 | 985 7017 | yes | G | x |
| Kiwan Kiwan | 5/19/07 | 1430 | 549-7255 | Yes | VW | Kiwan |
| Karonia West | 5/19/07 | 1245 | 538-2939 | Yes | VW | Karonia West |
| Monica Mooney | 5/18/07 | 1900 | 361-2474 | yes | MO | x Monica Mo |

# CITY OF MONTGOMERY
## STATE OF ALABAMA

Booking Date & Time:    **05/18/2007 02:02  MT**    BOOKING NUMBER:    **2007-00003821**

NAME:  **STEPHENS,JAMES,ARTHUR,**

RACE:  **White**   SEX:  **Male**   DOB:  **11/24/1957**    SSN:  **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**

ADDRESS:  **2446 EAST COTTON ROAD, ECLECTIC, Alabama, 36024**

| | | |
|---|---|---|
| 1 | COMM. THEFT OF PROPERTY 3 | 2005CRA003919A |
| 2 | COMM. IMPROPER TURN | M7986343 |
| 3 | COMM. SEAT BELT VIOLATION | M7986357 |
| 4 | COMM. IMPROPER TAG | M8791312 |
| 5 | COMM. OTHER TRAFFIC VIOLATI | M8842889 |
| 6 | COMM. FALSE STATEMENT-GIVIN | 200CRA003739A |

7
8
9
10  *He Came in @ 2:02 Am on 5-18-07*
11  *Went to Court the same day got 62*
12
13  *days in jail or could be paid out. His*
14  *family paid him out on 5-19-07 + he*
15
16  *Was released @ 22:49.*
17
18
19
20
21
22
23
24
25
26
27
28
29
30

OUT

## MONTGOMERY MUNICIPAL COURT
### STATE OF ALABAMA

Date & Time: **5/19/2007 8:35:39 PM**   BOOKING NUMBER: **2007-00003821**

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL, RELEASE:**

NAME: **STEPHENS,JAMES,ARTHUR,**

RACE: **White**   SEX: **Male**   DOB: **11/24/1957**   SSN: **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**

this __19TH__ day of __MAY__ , 20 __07__ .

__LES HAYES__
   Presiding Judge                                by:

| | CHARGE DESCRIPTION | CASE # | DAYS SERVED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|
| 1 | COMM. THEFT OF PROPERTY 3 | 2005CRA003919A | 0 | 635.00 | 0 |
| 2 | COMM. IMPROPER TURN | M7986343 | 0 | 167.00 | 0 |
| 3 | COMM. SEAT BELT VIOLATION | M7986357 | 1 | 44.00 | 0 |
| 4 | COMM. IMPROPER TAG | M8791312 | 0 | 167.00 | 0 |
| 5 | COMM. OTHER TRAFFIC VIOLATI | M8842889 | 0 | 167.00 | 0 |
| 6 | COMM. FALSE STATEMENT-GIVIN | 200CRA003739A | 0 | 435.00 | 0 |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

TOTAL DAYS SERVED: __1__

TOTAL AMOUNT PAID: __1615__

TOTAL FINE BALANCE: __0__

TIME BALANCE TO BE PAID: _____

**YOU MUST APPEAR IN COURT AT 8:30 A.M. ON THE DUE DATE IF YOUR FINES AND COSTS ARE NOT PAID IN FULL.  IF YOU FAIL TO PAY YOUR TOTAL FINE BALANCE AND DO NOT APPEAR, YOU MAY BE ARRESTED.**

2007 MAY 19 P 8:38

FILED
CLERK OF COURT
MONTGOMERY MUNICIPAL COURT

**MONTGOMERY MUNICIPAL COURT**
**320 NORTH RIPLEY STREET**
**MONTGOMERY, AL 36104-2722**
**(334) 241-2776**

# MONTGOMERY MUNCIPAL COURT
## STATE OF ALABAMA

Date & Time:   **5/18/2007 9:27:41 AM**       BOOKING NUMBER:       **2007-00003821**

NAME:   **STEPHENS,JAMES,ARTHUR,**

RACE:   **White**   SEX:   **Male**   DOB:   **11/24/1957**       SSN:   **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**

ADDRESS:   **2446 EAST COTTON ROAD, ECLECTIC, Alabama, 36024**

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. THEFT OF PROPERTY 3 | 2005CRA003919A | $635.00 or 25 days |
| 2 | COMM. IMPROPER TURN | M7986343 | $167.00 or 6 days |
| 3 | COMM. SEAT BELT VIOLATION | M7986357 | $69.00 or 2 days |
| 4 | COMM. IMPROPER TAG | M8791312 | $167.00 or 6 days |
| 5 | COMM. OTHER TRAFFIC VIOLATI | M8842889 | $167.00 or 6 days |
| 6 | COMM. FALSE STATEMENT-GIVIN | 200CRA003739A | $435.00 or 17 days |
| 7 | | | |
| 8 | | | |
| 9 | Release = 7-18-07 | | 62 or $1,640.00 |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

# JAIL BOOKING SHEET



| | |
|---|---|
| ORI #: AL0030100 | JACKET #: 000120263 |
| BOOKING #: | 200700003821 |
| NAME: STEPHENS, JAMES, ARTHUR, | |
| RACE: WHITE | SEX: MALE | DOB: 11/24/1957 |
| SSN #: 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 | |
| HEIGHT: 6'02" | WEIGHT: 160 |

## MONTGOMERY POLICE DEPARTMENT

Created on: Tuesday, June 12, 2007

## MUNICIPAL JAIL FACILITY

# MEMO

**TO:**                          **ALL CONCERNED**

**FROM**                        **W.R. COLLINS, WARDEN**

**SUBJECT**                     **STEVENS, JAMES**

**DATE**                        **May 24, 2007**

On Tuesday, May 22, 2007 approximately 1015 hours a call was transferred to my office. The caller was an ex-prisoner who identified himself as James Stevens.

Stevens talked about 20 minutes on the following subjects: housing of jailed prisoners, sleeping arrangements access to toilet, overcrowding and access to telephones.

Steven stated that he had started a petition against the jail prior to being released and he wanted to inform me about it. He further stated that he had contacted a lawyer, the Fire Marshal, WFSA News and the Health department concerning the condition of the jail.

After a lengthy dissertation on the aforementioned subjects, Stevens related that he would "do what he had to do" to address his concerns. This writer informed Stevens that his concerns would be addressed and if there was indeed a need to correct, corrective measures would be initiated.

The conversation ended with a promise by Stevens that he would contact whomever necessary to get some action.

**MANDATORY TIME RELEASE DATE:** _____

**COMMUTED TIME RELEASE DATE:** _____

## MONTGOMERY MUNICIPAL COURT
### STATE OF ALABAMA

Date & Time:   **6/12/2007 9:34:28 AM**      BOOKING NUMBER:     **000038212007**

NAME:   **STEPHENS,JAMES,ARTHUR,**

RACE:   **White**   SEX:   **Male**   DOB:   **11/24/1957**      SSN:   **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**

ADDRESS:   **Alabama360242446 EAST COTTON ROADECLECTIC**

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. THEFT OF PROPERTY 3 | 2005CRA003919A | |
| 2 | COMM. IMPROPER TURN | M7986343 | |
| 3 | COMM. SEAT BELT VIOLATION | M7986357 | |
| 4 | COMM. IMPROPER TAG | M8791312 | |
| 5 | COMM. OTHER TRAFFIC VIOLATI | M8842889 | |
| 6 | COMM. FALSE STATEMENT-GIVIN | 200CRA003739A | |
| 7 | | | Came to jail 5-18-07 @ 202 Am |
| 8 | | | wbst to Ct. received 62 days + 5-19-07 |
| 9 | | | was to be released on ~~5-19-07~~ 7-18-07 |
| 10 | | | but was paid out + released by ct |
| 11 | | | @ 22:49 P.m. on 5-19-07 |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# MONTGOMERY MUNICIPAL COURT
## STATE OF ALABAMA

OUT

Date & Time:   **5/19/2007 8:35:39 PM**    BOOKING NUMBER:    **2007-00003821**

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL, RELEASE:**

NAME:  **STEPHENS,JAMES,ARTHUR,**

RACE: **White**  SEX: **Male**   DOB:  **11/24/1957**    SSN:  **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**

this  __19TH__          day of   __MAY__              , 20  __07__   .

LES HAYES

_____

     Presiding Judge                            by:

|   | CHARGE DESCRIPTION | CASE # | DAYS SERVED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|
| 1 | COMM. THEFT OF PROPERTY 3 | 2005CRA003919A | 0 | 635.00 | 0 |
| 2 | COMM. IMPROPER TURN | M7986343 | 0 | 167.00 | 0 |
| 3 | COMM. SEAT BELT VIOLATION | M7986357 | 1 | 44.00 | 0 |
| 4 | COMM. IMPROPER TAG | M8791312 | 0 | 167.00 | 0 |
| 5 | COMM. OTHER TRAFFIC VIOLATI | M8842889 | 0 | 167.00 | 0 |
| 6 | COMM. FALSE STATEMENT-GIVIN | 200CRA003739A | 0 | 435.00 | 0 |
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |
| 11 |  |  |  |  |  |
| 12 |  |  |  |  |  |
| 13 |  |  |  |  |  |
| 14 |  |  |  |  |  |
| 15 |  |  |  |  |  |
| 16 |  |  |  |  |  |
| 17 |  |  |  |  |  |
| 18 |  |  |  |  |  |
| 19 |  |  |  |  |  |
| 20 |  |  |  |  |  |

TOTAL DAYS SERVED:         __1__

TOTAL AMOUNT PAID:         __1615__

TOTAL FINE BALANCE:          __0__

TIME BALANCE TO BE PAID:  _____

**YOU MUST APPEAR IN COURT AT 8:30 A.M. ON THE DUE DATE IF YOUR FINES AND COSTS ARE NOT PAID IN FULL.  IF YOU FAIL TO PAY YOUR TOTAL FINE BALANCE AND DO NOT APPEAR, YOU MAY BE ARRESTED.**

2007 MAY 19  P 8:38

FILED
CLERK OF COURT
MONTGOMERY MUNICIPAL COURT

**MONTGOMERY MUNICIPAL COURT**
**320 NORTH RIPLEY STREET**
**MONTGOMERY, AL 36104-2722**
**(334) 241-2776**

**MONTGOMERY POLICE DEPARTMENT**

DOB 11/3/57

NAME STEPHENS, JAMES

RACE W SEX

STREET 2446 EAST COTTON RD

CITY ECLECTIC STATE AC PHONE 36024

ARREST NO. 3821

TIME 0155 DATE 6/18/07

SEARCHED BY WILSON

BOOKING OFFICER BURNS

| ATTORNEY | CLERGY | (1) | VISITOR |
|---|---|---|---|

**PERSONAL EFFECTS**

| | | | | CASH ASSETS |
|---|---|---|---|---|
| BELT | NAIL CLIP. | 1 PHONE CARD | $ | CASH $ 67.29 |
| BRACE | NECKLACE | CAR REGISTRATION | $ | CHECKS $ |
| BRACELET | PEN | 4 TICKETS | $ | FOOD STAMPS $ |
| CHAP STICK | PERSONAL TOWEL | | | MONEY ORDER $ |
| CIGARETTES | PERSONAL OTH | | | |
| COMB | PIPE | | | CLOTHING |
| CRUTCH | PROPERTY SLIP | 1 BROWN BELT | | BLUE JEANS | UNDERWEAR |
| DRIVERS LIC. | PURSE | BLOUSE | | SHIRT |
| EAR RINGS | RAZOR | BOOTS | | BAG / SHOES |
| GLASSES | RING | BOX | | WHITE SOCKS |
| I.D. | TIE | COAT/JACKET | | SUIT |
| KEYS | TOBACCO | DRESS | | SWEATER |
| KNIFE | WALLET | PAPERS | | SWEATSUIT |
| LIGHTER | WALKING CANE | 1 RED HAT | | BLUE T-SHIRTS |
| MEDALS | WATCH | | | REC'D BY | ADDITIONAL ASSETS RELEASED |
| MEDICATION | WIG | | | DIEL | |

The above constitutes the personal effects turned in:

Signature:
Witness:

Sheriff / Sheriff Aide
Parole / Parole Aide

Rem:

PROPERTY RECEIPT

I hereby acknowledge that I received the items mentioned above.

Date
Signature: SMITH

Witness:
Sheriff / Sheriff Aide
Parole / Parole Aide

CASH BOND

## MONTGOMERY MUNICIPAL COURT
### STATE OF ALABAMA

Date & Time: **5/23/2007 10:36:01 AM**    BOOKING NUMBER: **000038212007**

NAME: **STEPHENS,JAMES,ARTHUR,**

RACE: **White**   SEX: **Male**   DOB: **11/24/1957**   SSN: **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**

ADDRESS: **Alabama360242446 EAST COTTON ROADECLECTIC**

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. THEFT OF PROPERTY 3 | 2005CRA003919A | |
| 2 | COMM. IMPROPER TURN | M7986343 | |
| 3 | COMM. SEAT BELT VIOLATION | M7986357 | |
| 4 | COMM. IMPROPER TAG | M8791312 | |
| 5 | COMM. OTHER TRAFFIC VIOLATI | M8842889 | |
| 6 | COMM. FALSE STATEMENT-GIVIN | 200CRA003739A | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | Booked in 5-18-07 @ 2:02 Am - | | |
| 11 | Chg. 6 Capias - was West to Court + | | |
| 12 | was sentenced to 7-18-07- | | |
| 13 | He was released by Ct. 5-19-07 @ 22249 | | |
| 14 | was paid out. | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES A. STEPHENS, III, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 2:07-CV-473-ID** |
| | ) | |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF M. E. BRANTLEY

Before me, the undersigned authority, personally appeared M.E. Brantley, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is M. E. Brantley. I am over nineteen years of age. I have been employed with the City of Montgomery since 11/16/78. I am the Assistant Warden of the Montgomery Municipal Jail. It is in that capacity that I state the following:

1.      Our records indicate that James Stephens was booked in the Montgomery Municipal Jail on May 18, 2007 at approximately 2:02 a.m. and that Mr. Stephens went to municipal court later that same day. Mr. Stephens' fines were commuted to serve 62 days in jail or in the alternative pay his fines and be released. Our records further indicate that on May 19, 2007, Mr. Stephens' fines were paid and he was released at 22:49.

2.      The Montgomery Municipal Jail provides inmates with mats to sleep on if cells with beds are not available.

3.      Inmates are allowed to make a phone call when they are booked into the Montgomery Municipal Jail. The Jail also allows inmates to call for medications that are

DEFENDANT'S EXHIBIT

needed during their stay.  Mr. Stephens never informed me that he needed to call for medication while he was housed in the Montgomery Municipal Jail.

4.    The Montgomery Municipal Jail has telephones in the permanent housing area.  When inmates are housed in the overflow area they are allowed to make calls when the inmates in the permanent housing areas are placed in lock-up status.  The annex recreation area is used as the temporary holding area when crowding exists.

5.    Inmates of the Montgomery Municipal Jail are advised of the telephone policy.  This policy informs inmates of the times telephones will be turned on.  Ordinarily inmates housed in the holding area or temporary quarters are allowed access to telephones every other day.  There are no telephones in the temporary quarters.

6.    The housing of inmates in the temporary holding area or temporary quarters is an emergency procedure that is put into place when there is an overflow or crowding exists within the Montgomery Municipal Jail.  This area has one toilet and is not equipped with showers.  Inmates are processed to adjoining pods to make phone calls and receive showers.

7.    Hygiene packets are available in the Montgomery Municipal Jail.  Soap and tissue are issued every other night and towels are issued daily.  Inmates are allowed to shave on a regular basis.

8.    All emergency exits are within the required standards based on fire inspections and emergency plans for the Montgomery Municipal Jail.

2

I have read the above and foregoing affidavit consisting in total of three (3) pages and state that it is true and correct to my present knowledge and information.

_M. E. Brantley_

M.E. Brantley, Assistant Warden

**SWORN to and SUBSCRIBED before me this the** 9th **day of July, 2007.**

_Lisa Hampton Davis_

Notary Public

My Commission Expires _March 19, 2009_

3

# IN THE UNITED STATES DISCTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES A. STEPHENS, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:07-cv-473-ID** |
| | ) | |
| **CITY OF MONTGOMERY, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF MUNICIPAL JAIL CORRECTIONS OFFICER FLOYD WILSON

Before me, the undersigned authority, personally appeared Floyd Wilson, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Floyd Wilson.  I am over nineteen years of age.  I have been employed with the City of Montgomery as a Corrections Officer of the Montgomery City Jail for almost two years.  It is in that capacity that I state the following:

1.     It is common practice for Municipal Jail Corrections Officers to initial when inmates calls are completed and for the inmate to sign his or her name to the Montgomery Municipal Jail Prisoner Telephone Call Log.  My record indicates that I was present when James Stephens placed two phone calls on May 18, 2007.  The approximate time these phone calls were placed was 2:09 a.m.  I initialed the Montgomery Municipal Jail Prisoner Telephone Call Log to show that Mr. Stephens had completed his call.  Mr. Stephens signed his name after completing his calls.  Attached to this Affidavit as exhibit



DEFENDANT'S EXHIBIT
4

1, is the Montgomery Municipal Jail Prisoner Telephone Call Log that shows the calls that Mr. Stephens placed on May 18, 2007.

2.      It is policy that an Initial Classification Listing on every inmate is completed before they are placed in the jail.  In addition to the call log, corrections officers complete an Initial Classification Listing.  I interviewed Mr. Stephens for his Initial Classification at 2:20 a.m., on May 18, 2007.  My records reflect that Mr. Stephens had no medications with him at the time of his booking.   Attached to this Affidavit as exhibit 2, is the Initial Classification Listing for Mr. Stephens of May 18, 2007.

I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

Floyd Wilson, MJCO

**SWORN to and SUBSCRIBED** before me this the 9th day of July, 2007.

Notary Public
My Commission Expires 10/16/09