IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES A. STEPHENS, III | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-473-ID |
| CITY OF MONTGOMERY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

The complaint in this case was filed on May 29, 2007 and indicated that the plaintiff

was at that time incarcerated in the Montgomery City Jail. However, based on the plaintiff's

response to an order of the court, (doc. # 19), it appears that when the plaintiff filed his

complaint he was no longer incarcerated in the jail. Accordingly, and for good cause, it is

ORDERED that the court's June 1, 2007 order (Doc. No. 12) be and is hereby

VACATED.

The Clerk is DIRECTED to send to Plaintiff a non-prisoner *pro se* application for

leave to proceed *in forma pauperis*  It is further

ORDERED that on or before August 6, 2007,  Plaintiff shall return the completed

form to the Clerk for filing.

Plaintiff is cautioned that his failure to comply with the directive contained in this

order will result in a Recommendation that this complaint be dismissed.  It is further

ORDERED that the plaintiff's motion to show cause (doc. # 23) be and is hereby

DENIED.

Done this 25th day of July, 2007.


                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE