IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES A. STEPHENS, III | * |
| Plaintiff, | * |
| v. | *   2:07-CV-473-ID |
| CITY OF MONTGOMERY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

On July 25, 2007, the plaintiff filed a motion for leave to submit interrogatories prior to a scheduling conference. (Doc. No. 25.) The record indicates that the plaintiff has not yet filed an application for leave to proceed *in forma pauperis* or otherwise paid the filing fee. Accordingly, it is

ORDERED that the plaintiff's request for leave to submit interrogatories (Doc. No. 25) be and is hereby DENIED at this time.

Done this 1st day of August, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE