**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 3, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: James A. Stephens, III v. City of Montgomery, et al.**
**Case Number:2:07-cv-473-ID-F**

**Pleading : #25 Motion for Leave to Submit Interrogatories**

**Notice of Correction is being filed this date to advise that the referenced pleading was filed on 7/25/2007 without plaintiff's original signature affixed.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES A STEPHENS, III

    Plaintiff,

v.                           CASE NO: 2:07-CV-473-ID

CITY OF MONTGOMERY, et al.,

    Defendant.

## MOTION FOR LEAVE TO SUBMIT INTERROGATORIES
## PRIOR TO SCHEDULING CONFERENCE

**COMES NOW** James Arthur Stephens, III, Plaintiff, in the above-styled case, and files this Motion for Leave to Submit Interrogatories prior to scheduling conference and would show the following:

1. The Plaintiff requests permission to submit Interrogatories as provided for in Rules 26 and 33 of the Federal Rules of Civil Procedure.

**RESPECTFULLY** submitted this 1st day of August 2007.

James A. Stephens, III
2642 E. Cotton Road
Eclectic, Alabama 36024
(334) 580-0058

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing upon Hon. Kimberly O. Fehl, City of Montgomery, 103 N. Perry Street, Montgomery, Alabama 36104 by placing the same in the U.S. Mail, postage prepaid and properly addressed, on this 1st day of August 2007.

James A. Stephens, III