WRONG PDF DOCUMENT PREVIOUSLY ATTACHED TO THIS ENTRY.

THERE IS NO PDF DOCUMENT TO THIS ENTRY